AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF __Centre__  :  CIVIL ACTION NO. __1:01-CV-00764__

I, __Francis M. Dougherty__ being duly sworn, depose and say:

(1) I am employed as __Business Manager__ at __SCI - Rockview__.
I have served in that capacity since __December 22, 19 91__.

(2) The plaintiff, __WILLIAM CLARK__ Reg. No. __AY-5585__
is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:
   a. Prison account
      1. Present balance: $ 250.84
      2. Total amount of deposits during six months preceding the filing of the complaint: $ 854.98
      3. Average monthly balance: $ 250.84
      4. Average monthly deposits: $ 142.50
   b. Employment
      1. Institution employment: $ 94.98
      2. Average monthly deposits: $ 15.83
   c. Other resources:
      PERSONAL GIFTS, REFUNDS

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

*Francis M. Dougherty*
Francis M. Dougherty, Business Manager

FILED
SCRANTON

MAY 1 0 2001

PER _____
DEPUTY CLERK

# WILLIAM M. CLARK, AY-5585

## AVERAGE MONTHLY BALANCE

| DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/5/01 | $ 168.58 | 12/5/00 | $ 114.67 | 1/5/01 | $ 287.11 | 2/5/01 | $ 325.42 | 3/5/01 | $ 303.65 | 4/5/01 | $ 251.22 |
| 11/6/01 | 166.52 | 12/6/00 | 113.79 | 1/6/01 | 287.11 | 2/6/01 | 325.42 | 3/6/01 | 343.65 | 4/6/01 | 251.22 |
| 11/7/01 | 168.52 | 12/7/00 | 98.84 | 1/7/01 | 287.11 | 2/7/01 | 325.42 | 3/7/01 | 343.65 | 4/7/01 | 251.22 |
| 11/8/01 | 137.39 | 12/8/00 | 98.84 | 1/8/01 | 287.11 | 2/8/01 | 307.10 | 3/8/01 | 313.33 | 4/8/01 | 251.22 |
| 11/9/01 | 124.79 | 12/9/00 | 98.84 | 1/9/01 | 287.11 | 2/9/01 | 307.10 | 3/9/01 | 311.37 | 4/9/01 | 267.06 |
| 11/10/01 | 124.79 | 12/10/00 | 98.84 | 1/10/01 | 287.11 | 2/10/01 | 307.10 | 3/10/01 | 311.37 | 4/10/01 | 267.06 |
| 11/11/01 | 124.79 | 12/11/00 | 151.80 | 1/11/01 | 266.46 | 2/11/01 | 307.10 | 3/11/01 | 311.37 | 4/11/01 | 247.06 |
| 11/12/01 | 124.79 | 12/12/00 | 151.80 | 1/12/01 | 278.21 | 2/12/01 | 322.22 | 3/12/01 | 325.05 | 4/12/01 | 247.06 |
| 11/13/01 | 187.77 | 12/13/00 | 151.80 | 1/13/01 | 278.21 | 2/13/01 | 322.22 | 3/13/01 | 325.05 | 4/13/01 | 247.06 |
| 11/14/01 | 187.77 | 12/14/00 | 151.80 | 1/14/01 | 278.21 | 2/14/01 | 322.22 | 3/14/01 | 325.05 | 4/14/01 | 247.06 |
| 11/15/01 | 187.77 | 12/15/00 | 151.80 | 1/15/01 | 278.21 | 2/15/01 | 322.22 | 3/15/01 | 301.53 | 4/15/01 | 247.06 |
| 11/16/01 | 144.73 | 12/16/00 | 151.80 | 1/16/01 | 307.61 | 2/16/01 | 322.22 | 3/16/01 | 341.53 | 4/16/01 | 287.06 |
| 11/17/01 | 144.73 | 12/17/00 | 151.80 | 1/17/01 | 307.61 | 2/17/01 | 322.22 | 3/17/01 | 341.53 | 4/17/01 | 287.06 |
| 11/18/01 | 144.73 | 12/18/00 | 151.80 | 1/18/01 | 307.51 | 2/18/01 | 322.22 | 3/18/01 | 341.53 | 4/18/01 | 287.06 |
| 11/19/01 | 144.73 | 12/19/00 | 151.80 | 1/19/01 | 305.49 | 2/19/01 | 322.22 | 3/19/01 | 341.53 | 4/19/01 | 287.06 |
| 11/20/01 | 144.73 | 12/20/00 | 151.80 | 1/20/01 | 305.49 | 2/20/01 | 322.22 | 3/20/01 | 339.93 | 4/20/01 | 287.06 |
| 11/21/01 | 131.98 | 12/21/00 | 351.80 | 1/21/01 | 305.49 | 2/21/01 | 322.22 | 3/21/01 | 336.03 | 4/21/01 | 287.06 |
| 11/22/01 | 97.02 | 12/22/00 | 357.35 | 1/22/01 | 345.49 | 2/22/01 | 322.22 | 3/22/01 | 313.84 | 4/22/01 | 287.06 |
| 11/23/01 | 97.02 | 12/23/00 | 357.35 | 1/23/01 | 345.49 | 2/23/01 | 335.62 | 3/23/01 | 313.84 | 4/23/01 | 287.06 |
| 11/24/01 | 97.02 | 12/24/00 | 357.35 | 1/24/01 | 345.49 | 2/24/01 | 335.62 | 3/24/01 | 313.84 | 4/24/01 | 281.21 |
| 11/25/01 | 97.02 | 12/25/00 | 357.35 | 1/25/01 | 321.24 | 2/25/01 | 335.62 | 3/25/01 | 313.84 | 4/25/01 | 281.21 |
| 11/26/01 | 97.02 | 12/26/00 | 357.35 | 1/26/01 | 321.24 | 2/26/01 | 335.62 | 3/26/01 | 313.84 | 4/26/01 | 281.21 |
| 11/27/01 | 136.42 | 12/27/00 | 357.35 | 1/27/01 | 321.24 | 2/27/01 | 335.62 | 3/27/01 | 313.84 | 4/27/01 | 131.21 |
| 11/28/01 | 136.42 | 12/28/00 | 314.34 | 1/28/01 | 321.24 | 2/28/01 | 335.62 | 3/28/01 | 313.84 | 4/28/01 | 171.21 |
| 11/29/01 | 136.42 | 12/29/00 | 314.34 | 1/29/01 | 319.24 | 3/1/01 | 303.65 | 3/29/01 | 298.23 | 4/29/01 | 171.21 |
| 11/30/01 | 113.58 | 12/30/00 | 314.34 | 1/30/01 | 319.24 | 3/2/01 | 303.65 | 3/30/01 | 338.23 | 4/30/01 | 171.21 |
| 12/1/01 | 108.98 | 12/31/00 | 314.34 | 1/31/01 | 319.24 | 3/3/01 | 303.65 | 3/31/01 | 338.23 | 5/1/01 | 169.31 |
| 12/2/01 | 108.98 | 1/1/01 | 314.34 | 2/1/01 | 285.42 | 3/4/01 | 303.65 | 4/1/01 | 338.23 | 5/2/01 | 169.31 |
| 12/3/01 | 108.98 | 1/2/01 | 314.34 | 2/2/01 | 325.42 | | - | 4/2/01 | 327.38 | 5/3/01 | 158.46 |
| 12/4/01 | 93.53 | 1/3/01 | 314.34 | 2/3/01 | 325.42 | | | 4/3/01 | 277.38 | 5/4/01 | 158.46 |
| | - | 1/4/01 | 303.49 | 2/4/01 | 325.42 | | | 4/4/01 | 277.38 | | - |
| | $ 128.63 | | $ 230.37 | | $ 305.87 | | $ 290.03 | | $ 320.94 | | $ 229.19 |

6 MONTH AVERAGE $ 250.84

250.83753

# WILLIAM M. CLARK, AY-5585

## AVERAGE MONTHLY DEPOSITS

| DATE | INST EMP | OTHER | TOTAL |
|---|---|---|---|
| 11/9/00 | $ - | $ 40.00 | $ 40.00 |
| 11/13/00 | 22.98 | - | 22.98 |
| 11/27/00 | - | 40.00 | 40.00 |
| 12/5/00 | - | 25.00 | 25.00 |
| 12/11/00 | 12.96 | 40.00 | 52.96 |
| 12/14/00 | - | 200.00 | 200.00 |
| 12/22/00 | - | 40.00 | 40.00 |
| 1/12/01 | - | 40.00 | 40.00 |
| 1/16/01 | 14.40 | 15.00 | 29.40 |
| 1/22/01 | - | 40.00 | 40.00 |
| 2/2/01 | - | 40.00 | 40.00 |
| 2/12/01 | 15.12 | - | 15.12 |
| 2/21/01 | - | 40.00 | 40.00 |
| 3/6/01 | - | 40.00 | 40.00 |
| 3/12/01 | 13.68 | - | 13.68 |
| 3/16/01 | - | 40.00 | 40.00 |
| 3/30/01 | - | 40.00 | 40.00 |
| 4/9/01 | 15.84 | - | 15.84 |
| 4/16/01 | - | 40.00 | 40.00 |
| 4/27/01 | - | 40.00 | 40.00 |
| TOTALS | $ 94.98 | $ 760.00 | $ 854.98 |
| AVG | $ 15.83 | | $ 142.50 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM           RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING          DATE   5/04/2001
REMOTE PRINT TIME 10:37              FROM PURGE FILE              PAGE        1

    INMATE    NAME
    NUMBER    LAST              FIRST            MI              STARTING BALANCE
    AY5585    CLARK             WILLIAM          M                    265.84

  BATCH      DATE                                         TRANSACTION  BALANCE AFTER
    #     MO DY YEAR      TRANSACTION DESCRIPTION           AMOUNT      TRANSACTION

  9010   10-02-2000   34  RADIO/TV
                          BASIC CABLE TV AND HBO             -10.85        254.99
  8279   10-05-2000   32  ROC COMMISSARY
                          FOR 10/05/2000                     -29.29        225.70
  1175   10-11-2000   37  POSTAGE
                          OCTOBER                            -10.45        215.25
  8286   10-12-2000   32  ROC COMMISSARY
                          FOR 10/13/2000                     -24.69        190.56
  1210   10-16-2000   10  MAINTENANCE PAYROLL
                          SEPTEMBER 2000 WAGES                14.79        205.35
  1213   10-17-2000   13  PERSONAL GIFT FROM
                          CLAIRE CLARK          #722296       40.00        245.35
  8293   10-19-2000   32  ROC COMMISSARY
                          FOR 10/19/2000                     -36.98        208.37
  8300   10-26-2000   32  ROC COMMISSARY
                          FOR 10/26/2000                     -23.03        185.34
  1316   10-27-2000   13  PERSONAL GIFT FROM
                          CLARK, CLAIRE         #E892656      40.00        225.34
  1353   11-02-2000   37  POSTAGE
                          NOVEMBER                            -7.10        218.24
  8307   11-02-2000   32  ROC COMMISSARY
                          FOR 11/02/2000                     -38.81        179.43
  9011   11-02-2000   34  RADIO/TV
                          BASIC CABLE TV AND HBO             -10.85        168.58
  1378   11-06-2000   37  POSTAGE
                          NOVEMBER                            -2.06        166.52
  8313   11-08-2000   32  ROC COMMISSARY
                          FOR 11/08/2000                     -29.13        137.39
  8313   11-08-2000   32  ROC COMMISSARY
                          FOR 11/08/2000                     -12.60        124.79
  1408   11-09-2000   13  PERSONAL GIFT FROM
                          CLAIRE CLARK          #643067       40.00        164.79
  1421   11-13-2000   10  MAINTENANCE PAYROLL
                          WAGES - OCTOBER 2000                22.98        187.77
  8321   11-16-2000   32  ROC COMMISSARY
                          FOR 11/16/2000                     -43.04        144.73
  1485   11-21-2000   31  OUTSIDE PURCHASES
                          WEIS #5 PEPPERONI & CHEESE         -12.75        131.98
  8327   11-22-2000   32  ROC COMMISSARY
                          FOR 11/22/2000                     -34.96         97.02
  1515   11-27-2000   13  PERSONAL GIFT FROM
                          CLAIRE CLARK          #880638       40.00        137.02
  1524   11-27-2000   38  INSIDE PURCHASES
                          LIBRARY COPIES - NOVEMBER            -.20        136.82
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN       IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE   5/04/2001
REMOTE PRINT TIME 10:37              FROM PURGE FILE             PAGE          2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| AY5585 | CLARK | WILLIAM | M |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 1524 | 11-27-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES - NOVEMBER | | -.40 | 136.42 |
| 8335 | 11-30-2000 | 32 | ROC COMMISSARY FOR 11/30/2000 | | -22.84 | 113.58 |
| 1560 | 12-01-2000 | 37 | POSTAGE NOVEMBER | | -4.60 | 108.98 |
| 1575 | 12-04-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES (11/20) | | -4.60 | 104.38 |
| 9012 | 12-04-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | 93.53 |
| 1578 | 12-05-2000 | 37 | POSTAGE DECEMBER | | -3.86 | 89.67 |
| 1579 | 12-05-2000 | 13 | PERSONAL GIFT FROM ANDERSON, ADELAIDE | #E881606 | 25.00 | 114.67 |
| 1594 | 12-06-2000 | 37 | POSTAGE DECEMBER | | -.88 | 113.79 |
| 8342 | 12-07-2000 | 32 | ROC COMMISSARY FOR 12/07/2000 | | -14.95 | 98.84 |
| 1617 | 12-11-2000 | 13 | PERSONAL GIFT FROM CLARK, C | #E652553 | 40.00 | 138.84 |
| 1622 | 12-11-2000 | 10 | MAINTENANCE PAYROLL WAGES - NOVEMBER | | 12.96 | 151.80 |
| 1649 | 12-14-2000 | 13 | PERSONAL GIFT FROM CLARK, C | #E883466 | 200.00 | 351.80 |
| 8356 | 12-21-2000 | 32 | ROC COMMISSARY FOR 12/21/2000 | | -34.45 | 317.35 |
| 1714 | 12-22-2000 | 13 | PERSONAL GIFT FROM CLARK, C | #E811001 | 40.00 | 357.35 |
| 8363 | 12-28-2000 | 32 | ROC COMMISSARY FOR 12/29/2000 | | -43.01 | 314.34 |

BALANCE AFTER THESE TRANSACTIONS------> 314.34

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING          DATE   5/04/2001
REMOTE PRINT TIME 10:37              FROM ACTIVE FILE               PAGE           1

   INMATE     NAME
   NUMBER     LAST              FIRST          MI            STARTING BALANCE
   AY5585     CLARK             WILLIAM        M                  314.34

 BATCH     DATE                                         TRANSACTION  BALANCE AFTER
   #    MO DY YEAR    TRANSACTION DESCRIPTION             AMOUNT      TRANSACTION

 9101   01-04-2001  34  RADIO/TV
                        BASIC CABLE TV AND HBO             -10.85        303.49
 8005   01-05-2001  32  ROC COMMISSARY
                        FOR   1/05/2001                    -16.38        287.11
 8011   01-11-2001  32  ROC COMMISSARY
                        FOR   1/11/2001                    -20.65        266.46
 1844   01-12-2001  13  PERSONAL GIFT FROM
                        CLARK, CLAIRE      #E884181         40.00        306.46
 1849   01-12-2001  31  OUTSIDE PURCHASES
                        J. L. MARCUS, INC.                 -23.25        283.21
 1850   01-12-2001  36  PRINTED MATERIALS
                        LEWISBURG PRISON PROJECT            -5.00        278.21
 1857   01-16-2001  10  MAINTENANCE PAYROLL
                        WAGES - DECEMBER 2000               14.40        292.61
 1860   01-16-2001  12  BONUS PAYROLL
                        PINOCHLE WINNER - 1ST               15.00        307.61
 1882   01-18-2001  38  INSIDE PURCHASES
                        1 COPY - STATUS SHEET                -.10        307.51
 1889   01-19-2001  37  POSTAGE
                        JANUARY                             -2.02        305.49
 1905   01-22-2001  13  PERSONAL GIFT FROM
                        CLARK, C           #E644323         40.00        345.49
 8025   01-25-2001  32  ROC COMMISSARY
                        FOR   1/25/2001                    -24.25        321.24
 1955   01-29-2001  36  PRINTED MATERIALS
                        MAXIM                               -2.00        319.24
 8032   02-01-2001  32  ROC COMMISSARY
                        FOR   2/01/2001                    -22.97        296.27
 9102   02-01-2001  34  RADIO/TV
                        BASIC CABLE TV AND HBO             -10.85        285.42
 1993   02-02-2001  13  PERSONAL GIFT FROM
                        CLAIRE CLARK       #275855          40.00        325.42
 8039   02-08-2001  32  ROC COMMISSARY
                        FOR   2/08/2001                    -18.32        307.10
 2067   02-12-2001  10  MAINTENANCE PAYROLL
                        WAGES - JANUARY 2001                15.12        322.22
 2132   02-21-2001  13  PERSONAL GIFT FROM
                        CLAIRE CLARK       #089446          40.00        362.22
 2137   02-21-2001  38  INSIDE PURCHASES
                        LIBRARY COPIES - FEBRUARY            -.40        361.82
 8053   02-22-2001  32  ROC COMMISSARY
                        FOR   2/22/2001                    -26.20        335.62
 8060   03-01-2001  32  ROC COMMISSARY
                        FOR   3/01/2001                    -21.12        314.50
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE     5/04/2001
REMOTE PRINT TIME 10:37              FROM ACTIVE FILE            PAGE            2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| AY5585 | CLARK | WILLIAM | M |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 9103 | 03-01-2001 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | 303.65 |
| 2225 | 03-06-2001 | 13 | PERSONAL GIFT FROM CLARK, C  #F099328 | 40.00 | 343.65 |
| 2243 | 03-08-2000 | 37 | POSTAGE MARCH | -1.90 | 341.75 |
| 8067 | 03-08-2001 | 32 | ROC COMMISSARY FOR 3/09/2001 | -28.42 | 313.33 |
| 2253 | 03-09-2001 | 37 | POSTAGE MARCH | -.76 | 312.57 |
| 2255 | 03-09-2001 | 38 | INSIDE PURCHASES LIBRARY COPIES - FEBRUARY | -1.20 | 311.37 |
| 2265 | 03-12-2001 | 10 | MAINTENANCE PAYROLL WAGES - FEBRUARY 2001 | 13.68 | 325.05 |
| 8074 | 03-15-2001 | 32 | ROC COMMISSARY FOR 3/15/2001 | -23.52 | 301.53 |
| 2307 | 03-16-2001 | 13 | PERSONAL GIFT FROM CLAIRE CLARK  #089275 | 40.00 | 341.53 |
| 2325 | 03-20-2001 | 37 | POSTAGE MARCH | -1.60 | 339.93 |
| 2347 | 03-21-2001 | 38 | INSIDE PURCHASES LIBRARY COPIES - MARCH | -3.10 | 336.83 |
| 2347 | 03-21-2001 | 38 | INSIDE PURCHASES LIBRARY COPIES - MARCH | -.80 | 336.03 |
| 8081 | 03-22-2001 | 32 | ROC COMMISSARY FOR 3/22/2001 | -22.19 | 313.84 |
| 8088 | 03-29-2001 | 32 | ROC COMMISSARY FOR 3/29/2001 | -15.61 | 298.23 |
| 2411 | 03-30-2001 | 13 | PERSONAL GIFT FROM CLAIRE CLARK  #303140 | 40.00 | 338.23 |
| 9104 | 04-02-2001 | 34 | RADIO/TV BASIC CABLE TV AND HBO | -10.85 | 327.38 |
| 2438 | 04-03-2001 | 30 | PERSONAL GIFT TO IAN CLARK | -50.00 | 277.38 |
| 8095 | 04-05-2001 | 32 | ROC COMMISSARY FOR 4/05/2001 | -26.16 | 251.22 |
| 2476 | 04-09-2001 | 10 | MAINTENANCE PAYROLL MARCH 2001 WAGES | 15.84 | 267.06 |
| 2499 | 04-11-2001 | 44 | ORGANIZATIONAL JAYCEE ICE CREAM TICKETS | -20.00 | 247.06 |
| 2527 | 04-16-2001 | 13 | PERSONAL GIFT FROM CLAIRE CLARK  #087833 | 40.00 | 287.06 |
| 2576 | 04-24-2001 | 37 | POSTAGE APRIL | -5.85 | 281.21 |

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM          RUN    IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING         DATE   5/04/2001
REMOTE PRINT TIME 10:37              FROM ACTIVE FILE             PAGE        3

     INMATE    NAME
     NUMBER    LAST                   FIRST            MI
     AY5585    CLARK                  WILLIAM          M

 BATCH     DATE                                          TRANSACTION  BALANCE AFTER
   #    MO DY YEAR      TRANSACTION DESCRIPTION             AMOUNT     TRANSACTION

  2603  04-26-2001  39  LEGAL FEES
                        U.S. DISTRICT COURT                 -150.00        131.21
  2608  04-27-2001  13  PERSONAL GIFT FROM
                        CLARK, CLAIRE        #F086613         40.00        171.21
  2619  04-30-2001  37  POSTAGE
                        APRIL                                 -1.90        169.31
  9105  05-03-2001  34  RADIO/TV
                        BASIC CABLE TV AND HBO               -10.85        158.46

               BALANCE AFTER THESE TRANSACTIONS------>                     158.46
```

owing the Court, the Superintendent/Warden in any institution where the inmate is incarcerated is required by law to set aside and remit on a monthly basis 20 percent of the preceding month's deposits credited to the prisoner's account until the filing fee has been paid in full. Each time a deposit is made to the inmate's account, the Superintendent/Warden shall set aside the deposit immediately before any disbursement is made by the inmate, until an amount equal to 20 percent of the previous month's deposits is obtained. When the 20 percent amount is obtained, it shall be transmitted in one monthly payment to the Clerk. Each payment shall be clearly identified by the name of the prisoner and the number assigned to this action.

Payments must be made payable to "Clerk, U.S. District Court" and transmitted to:

>   U.S. District Court
>   P.O. Box 1148
>   Scranton, PA  18501-1148

In the event the plaintiff is transferred to a different correctional facility before the full filing fee is paid, you must forward this Administrative Order to the Superintendent/Warden of the receiving institution. This Order will be binding on the Superintendent/Warden of any correctional facility where the prisoner is incarcerated until the filing fee is paid in full.

>   MARY E. D'ANDREA
>   Clerk of Court


By: **MARY E. D'ANDREA**/ßí
    Clerk

DATE: May 2, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                  :  Civil Action No. 1:01-cv-00764

Inmate: William . Clark                 :

ID Number: AY-5585                      :

ADMINISTRATIVE ORDER

The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for this action is $150.00.

Pursuant to the Prison Litigation Reform Act and Standing Order No. 96-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $150.00 fee.

As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

(1) the average monthly deposits to the inmate's prison account for the past six months, or

(2) the average monthly balance in the inmate's prison account for the past six months.

The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate.

After the initial payment, if there remains any unpaid fee due and