```
Thu May 10 13:14:32 2001

     UNITED STATES DISTRICT COURT

        SCRANTON      , PA

Receipt No.   333 83643
Cashier          rich

Tender Type   CHECK

Check Number: 44555

Transaction Type   AR

DØ Code    Div No    Acct
 4667        3       5100PL

Amount              $    50.17

WILLIAM CLARK  SCI-ROCKVIEW BOX A
BELLEFONTE, PA  16823

PARTIAL FILING FEE - CV-01-764


on

Thu May 10 13:14:32 2001

Check No. 44555
Amount    50.17
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

STATE CORRECTIONAL INSTI[TUTION]
BOX A
BELLEFONTE, Pa. 16823-0[

PRSLC

01-CV-764

FILED
SCRANTON

MAY 16 2001

PER _____
     DEPUTY CLERK