Standard Form No. 1166-A

# VOUCHER AND SCHEDULE OF PAYMENTS
(MEMORANDUM)

Bureau or Office: U.S. DISTRICT COURT
Location of Transmitting Office: SCRANTON, PA

Department or Establishment: U.S. COURTS

Agency Station No. 4667

Schedule No. 67108 122864     Sheet 01 of 3

Paid by CLERK, U.S. District Court

Appropriation Summary Account 6855XX

| Voucher No. | | Payee, address case title, case number | Amount | D.O. Check No. |
|---|---|---|---|---|
| 122864 | 1 | MARTIN D HAVERLY, ESQ<br>200 W NINTH ST<br>WILMINGTON, DE 19801<br>OVERPAYMENTS 2001<br>3:01-OP-1 | *******15.00 | 205502 |
| 122864 | 2 | DARLENE AND BRUCE SMITH<br>2126 WALNUT BOTTOM RD<br>CARLISLE, PA 17013<br>OVERPAYMENTS 2001<br>3:01-OP-1 | *******25.00 | 205503 |
| 122864 | 3 | WILLIAM CLARK, AY-5585<br>INMATE ACCOUNTS<br>SCI-ROCKVIEW<br>BOX A<br>BELLEFONTE, PA 16823<br>OVERPAYMENTS 2001<br>3:01-OP-1 | *******10.02 | 205504 |
| 122864 | 4 | CHARLES WHITTINGTON 09970-067<br>FPC-ALLENWOOD<br>PO BOX 1000<br>MONTGOMERY, PA 17752<br>OVERPAYMENTS 2001<br>3:01-OP-1 | *******69.79 | 205505 |
| 122864 | 5 | JOHN RALSTON, BC-6182<br>SCI-ALBION<br>10745 RTE 18<br>ALBION, PA 16475<br>OVERPAYMENTS 2001<br>3:01-OP-1 | *******2.88 | 205506 |

Total for this page: ******122.69

---

Handwritten annotations:
- 1 AM 5-24-01
- PER _____ DEPUTY CLERK
- FILED SCRANTON MAY 24 2001
- Voucher 122864
- Chk # 205504
- Amt. $69.79
- Return of overpmt filing fee 1:01-764

| Standard Form No. 1166-A | | VOUCHER AND SCHEDULE OF PAYMENTS | (MEMORANDUM) |
|---|---|---|---|

Bureau or Office
U.S. DISTRICT COURT
Location of Transmitting Office
SCRANTON, PA

(Department or Establishment): U.S. COURTS

Schedule No. _____

Agency Station No. 4667

Paid by CLERK, U.S. District Court

Sheet 02 of 3

| Voucher No. | Payee, address case title, case number | Amount | D.O. Check No. |
|---|---|---|---|
| 122864  6 | PAUL OWENS, CW-0990<br>SCI-ALBION<br>10745 RTE 18<br>ALBION, PA 16475<br>OVERPAYMENTS 2001<br>3:01-OP-1 | ********2.32 | 205507 |
| 122864  7 | JAN SMITH<br>3620 H AVE<br>TAMA, IA 52339<br>OVERPAYMENTS 2001<br>3:01-OP-1 | ********5.00 | 205508 |
| | Total for this page | ********7.32 | |
| | Grand total for account 6855XX | *******130.01 | |

Standard Form No. 1166-A

## VOUCHER AND SCHEDULE OF PAYMENTS (MEMORANDUM)

Schedule No. _____   Sheet 03 of 3

**Bureau or Office**
U.S. DISTRICT COURT
**Location of Transmitting Office**
SCRANTON, PA

(Department or Establishment) U.S. COURTS

Agency Station No. 4667

Paid by CLERK, U.S. District Court

| Voucher No. | Payee, address case title, case number | Amount | D.O. Check No. |

Total for Deposit and Registry - ******130.01

* Pursuant to authority vested in me, I certify that items listed herein are correct and proper for payment from the appropriation(s) designated hereon or on supporting vouchers.

5/24/01
Date

_Nancy C. Elmer_
Authorized Certifying Officer

```
[rcptrec]              CFS-1 V8.2 -- Pennsylvania Middle   10 MAY 2001 - 16:03
[I]NQUIRE                       Receipt Maintenance
REGISTER NO   :333
RECEIPT NO    :83643
RECEIPT SUB NO :0     RECEIPT TYPE: AR  RECEIPT DATE:05/10/01
TENDER TYPE:2         RECEIPT AMT:        50.17

FUND       :5100PL    CASE NO:                PAYMENT TYPE:
                      DEFENDANT:0
                      BANK CODE:     BANK ACCOUNT:

VOUCHER NO  :0        PAYOR NO:01-0764
SUB VOUCHER :0        VENDOR INV:107641
FY:      BUDGET ORG:        BUDGET OBJ CLASS:     SUB OBJ CLASS:
         COST ORG  :        REVENUE SOURCE  :
REMARKS:WILLIAM CLARK  SCI-ROCKVIEW  BOX A   BELLEFONTE, PA   16823
REMARKS:PARTIAL FILING FEE - CV-01-764
                      POSTED DATE:**/**/**    ERR CODE:0


[N]EXT, [P]REVIOUS, [S]TOP
searched:     39 selected:     39 current:     29

              1 Sess-1    156.122.6.246                                 1
```

After posting Transfer from A/R 5100PL 01-0764 to 3:01-CV-1 & return to Clerk @ SCI-Rockview. w/ the attached copy of this ltr.

Page 31.    T2244.

SCIR CK #44673
Amount: $150.65
May 15, 2001

## MAY'S MIDDLE DISTRICT COURT PAYMENTS

| | | | |
|---|---|---|---|
| AF 4762 | James Rogers | #3:98-cv-02123 | $ 3.02 |
| AF 4762 | James Rogers | #3:00-cv-02064 | 3.02 |
| AF 4762 | James Rogers | #3:99-cv-01820 | 1.51 |
| AY 5585 | William Clark | #1:01-CV-00764 | 19.62 |
| BH 1264 | William Hill | #1:99-cv-01002 | 7.92 |
| BK 5396 | James Wagner | #3:00-CV-01290 | 14.11 |
| BT 9412 | Jesse Bridges | #4:00-cv-01440 | 11.47 |
| BV 3474 | Robert Prinkley | #4:00-cv-02126 | 3.02 |
| CP 1433 | Michael Medford | #3:00-cv-01184 | 10.88 |
| CW 7412 | Francis Gebhart Jr. | #3:99-cv-00043 | 11.33 |
| DP 4484 | Johnathon Robins | #3:99-cv-01841 | 10.00 |
| DS 8353 | Michael Potopocwicz | #1:01-CV-00749 | 3.02 |
| EF 1167 | Kirby Stewart | #1:00-CV-01146 | 3.84 |
| EG 7245 | John Pavlichko | #3:01-CV-00324 | 47.89 |

TOTAL $150.65

OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

MARY E. D'ANDREA
Clerk of Court

Divisional Offices

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

May 3, 2001

Inmate Accounting
SCI-Rockview
P.O. Box A
Bellefonte, PA 16823

Re: CV 01-0764
Clark v Horn, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for William Clark, AY-5585, indicates that Mr. Clark's filing fee is paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Specialist