MARY E. D'ANDREA
DEPUTY CLERK OF COURTS
U.S. DISTRICT COURT
P.O. BOX 1148
SCRANTON, PA. 18501-1148

WILLIAM M. CLARK, AY-5585
S.C.I. @ ROCKVIEW
BOX A
BELLEFONTE, PA. 16823-0820

RE: CLARK VS. HORN, ET AL.
No. 1:01-CV-00764

SECOND NOTICE:
DEAR Ms. D'ANDREA:

    THIS LETTER IS TO ADDRESS THE MISPAYMENT OF FILING FEES AS TO THE ABOVE TITLED CASE. THE PRISON STAFF HAS OVERPAID THE COURT IN A MISUNDERSTANDING.

    YOUR RECORDS SHOULD SHOW THAT A CHECK FOR ONE HUNDRED AND FIFTY DOLLARS ($150.00) WAS MAILED TO YOUR OFFICE FROM THIS PRISON ON APRIL 27, 2001, TO WHICH I NEVER RECEIVED A RECEIPT FROM YOUR OFFICE. THEN ON MAY 2, 2001 YOUR OFFICE MAILED AN "ADMINISTRATIVE ORDER" TO THE PRISON'S ACCOUNTS OFFICE AND THEREAFTER MY ACCOUNT BALANCE WAS DEDUCTED TWICE, INITIALLY FOR $50.17 ON 5/8/01 AND THEN A PAYMENT OF $19.62 WAS TAKEN ON 5/14/01.

    I CAN ONLY CONCLUDE THAT PRISON STAFF, RECEIVING YOUR ORDER, BEGAN TO SEND ADDITIONAL MONIES TO YOU FOR FILING FEES. IT IS MY REQUEST THAT YOU PLEASE RETURN THE MONEY

TO ME, AS WELL AS INFORMING THE INSTITUTION THAT ANY FUTURE DEDUCTIONS FROM MY ACCOUNT SHOULD NOT BE TAKEN, AS THE FEES ARE PAID IN FULL. I TRUST I'LL HEAR FROM YOU VERY SOON CONCERNING THIS MATTER. THANK YOU.

Sincerely,

WILLIAM N. CLARK

CC: INMATE ACCOUNTS OFFICE
~~CLERKS OFFICE - US DISTRICT COURT, HARRISBURG~~
FILE