Office of the Clerk
# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

235 N. Washington Avenue
Scranton, PA 18503
(570)207-5600

William M. Clark AY-5585
SCI-Rockview
Box A
Bellefonte, PA 16823-0820

June 11, 2001

RE: **Clark v Horn etal**
    1:01cv764

FILED
SC
JUN 11 2001
PER_____
     DEPUTY CLERK

Dear Mr. Clark,

This letter is in response to your recent letter regarding the overpayment of filing fees in your case.

The Court's records indicate that your were issued a credit voucher for the sum of $68.79 on May 24, 2001. According to the Business Office at SCI Rockford, the check was received and was posted to you account on 5/30/01.

Sincerely,

Deputy Clerk

Mary E. D'Andrea
Clerk of Court