*see nt*

(10 pm
7/18/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,                          :
                                        :
        Plaintiff                       :
                                        :        CIVIL NO. 1:CV-01-0764
        vs.                             :
                                        :        (Judge Caldwell)
MARTIN HORN, et al.,                    :
                                        :
        Defendants                      :

FILED
HARRISBURG, PA

JUL 1 7 2001

MARY E. D'ANDREA, CLERK
PER_____
          DEPUTY CLERK

O R D E R

     AND NOW, this 17th day of July, 2001, it is ordered that
the clerk of court shall cause service of process to issue in
accordance with Fed. R. Civ. P. 4(m).

                                   WILLIAM W. CALDWELL
                                   United States District Judge