ORIGINAL

FILED
HARRISBURG
AUG 2 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CLARK, | : | NO.: 1:CV01-0764 |
| Plaintiff | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| MARTIN HORN, Secretary, | : | |
| Pennsylvania Department of | : | |
| Corrections; ROBERT MEYERS, | : | |
| Superintendent, State Correctional | : | |
| Institution at Rockview; | : | |
| WEXFORD HEALTH SOURCES, | : | |
| INC., Health Care Provider at | : | |
| the State Correctional Institution | : | |
| at Rockview; JOHN SYMONS, | : | |
| M.D., Medical Director, State | : | |
| Correctional Institution at | : | |
| Rockview; LARRY LIDGETT, | : | |
| Health Care Administrator, | : | |
| State Correctional Institution at | : | |
| Rockview, | : | |
| Defendants: | | |

ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Defendants, Wexford Health Sources, Inc. and John Symons, M.D., only in the above-captioned matter.

> Respectfully submitted,
>
> Lavery, Faherty, Young & Patterson, P.C.
>
> By: _James D. Young_ (signature)
> James D. Young, Esquire
> Atty No. 53904
> 301 Market St., Suite 800
> P.O. Box 1245
> Harrisburg, PA 17108-1245
> Attys for Defendants
> Wexford Health Sources, Inc. and
> John Symons, M.D.

DATE: 8/2/01

2

## CERTIFICATE OF SERVICE

I, Kelly A. Guyer, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 2nd day of August, 2001, I served a true and correct copy of the foregoing ENTRY OF APPEARANCE via U.S. First Class mail, postage prepaid, addressed as follows:

William Clark
#AY5585
PO Box A
Bellfonte, PA 16823

Pennsylvania Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011


_____
Kelly A. Guyer