



**WAIVER OF SERVICE OF SUMMONS**

TO: *William C. Clark*
_____
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of ___*Clark*___ VS

___*Lidgett*___ which is case number ___*CV-01-764*___ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after ___*7-19-01*___ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

___*8-10-01*___
_____
Date

_____
Signature

John J. Talaber

Printed/typed name: _____

Title if any: Assistant Counsel

Address of person signing: 55 Utley Drive, Camp Hill, PA 17011

Representing defendant(s) if any: Martin Horn, Robert Meyers, and Larry Lidgett

FILED
SCRANTON

AUG 1 3 2001

## WAIVER OF SERVICE OF SUMMONS

TO: _William C Clark_

(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Clark_ VS _Lidgett_, which is case number _CV-01-764_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-19-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_July 24, 2001_
Date

_Christine R. Byler_
Signature

Printed/typed name: _Christine R Byler_

Title if any: _Nurse Paralegal_

Address of person signing: _381 Mansfield Ave. Ste. 705_
_Pittsburgh, PA 15220_

Representing defendant(s) if any: _John Symons_

FILED
SCRANTON

AUG 1 3 2001

PER _____
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: _William C. Clark_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Clark_ VS

_Tidgett_ _CV-01-764_ , which is case number in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-19-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_July 24, 2001_
Date

_Christine R. Byler_
Signature

Printed/typed name: _Christine R. Byler_

Title if any: _Nurse Paralegal_

Address of person signing: _381 Mansfield Ave. Suite 305_
_Pittsburgh, PA  15220_

Representing defendant(s) if any: _Wexford Health Sources, Inc._

FILED
SCRANTON

AUG 1 3 2001

PER _____
DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE         **DISTRICT OF**     PENNSYLVANIA

WILLIAM CLARK
  Plaintiff

             **V.**

LARRY LIDGETT
JOHN SYMONS
WEXFORD HEALTH
ROBERT MEYERS AND
MARTIN HORN,
  Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER:  1:CV-01-0764
                Judge Caldwell

**TO:** (Name and address of defendant)

    (SEE COMPLT.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William Clark
SCI at Rockview
AY5585
P.O.Box A
Bellefonte, Pa.16823

an answer to the complaint which is herewith served upon you, within _____(20) Twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea, Clerk
CLERK

July 17, 2001
DATE

*George T. Gardner*
(BY) DEPUTY CLERK  George T. Gardner