See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,  :
:
Plaintiff  :
:  CIVIL NO. 1:CV-01-0764
vs.  :
:  (Judge Caldwell)
MARTIN HORN, et al.,  :
:
Defendants  :

ORDER

AND NOW, this 8th day of February, 2002, it is ordered that:

    1. The Correction Defendants' Motion for an Enlargement of Time to Respond to Plaintiff's Interrogatories and Request for Production of Documents (Doc. 15) is granted.

    2. The Correction Defendants shall respond to Clark's January 2, 2002, discovery requests by March 21, 2002.

William W. Caldwell
William W. Caldwell
United States District Judge

FILED
FEB 8 2002
HARRISBURG, PA.   DEPUTY CLERK