ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,

    Plaintiff,

v.

LARRY LIDGETT, et al.,

    Defendants.

Civil No. 01-0764

(Judge William W. Caldwell)

FILED
MAR 2 5 2002
HARRISBURG, PA  DEPUTY CLERK

### DEFENDANTS HORN, MEYERS AND LIDGETTS' MOTION FOR A PROTECTIVE ORDER

Defendants Martin Horn, Robert Meyers, and Larry Lidgett, by and through their attorney, John J. Talaber, Assistant Counsel for the Pennsylvania Department of Corrections, hereby move this Honorable Court, pursuant to Fed.R.Civ.P. 26(c), for a protective order which would stay their obligation to respond to Plaintiff's Interrogatories (and future discovery requests) pending a decision on their Motion for Summary Judgment in the above-captioned action.

**WHEREFORE**, Defendants Horn, Meyers, and Lidgett, respectfully request this Honorable Court to issue a protective order that will stay their obligation to respond to Plaintiff's discovery requests pending a decision on their Motion for Summary Judgment.

                                      Respectfully submitted,
                                      Office of General Counsel

BY: _____
                                      John J. Talaber
                                      Assistant Counsel
                                      Pa. Department of Corrections
                                      55 Utley Drive
                                      Camp Hill, PA  17011
                                      (717) 731-0444
                                      Attorney Id. No. 83279

Dated:      March 25, 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLARK, | : |
| Plaintiff, | : |
| | : Civil Action No. 01-CV-0764 |
| v. | : |
| | : (Judge William W. Caldwell) |
| LARRY LIDGETT, et. al., | : |
| Defendants. | : |

### PROOF OF SERVICE

The undersigned hereby certifies that Defendants Horn, Meyers and Lidgetts' Motion for a Protective Order was served upon the person(s) in the manner indicated below.

Service by first-class mail
addressed as follows:

William Clark, AY-5585
SCI-Rockview
Box A
Bellefonte, PA  16823

James D. Young, Esquire
Lavery, Faherty, Young & Patterson, PC
The Kunkel Building
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA  17108-1245

Jennifer N. Schade
Clerk Typist II

PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated:  March 25, 2002