See Attachment

23
4/16/02
/sm/

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK, :
:
    Plaintiff :
: CIVIL NO. 1:CV-01-0764
vs. :
: (Judge Caldwell)
MARTIN HORN, et al., :
:
    Defendants :

O R D E R

AND NOW, this 16th day of April, 2002, it is ORDERED that, upon consideration of Correction Defendants' Motion for An Enlargement of Time (doc. 21), the motion is GRANTED. Defendants shall file their Statement of Material Facts, supporting brief, and documents in support of their Motion for Summary Judgment on or before April 19, 2002.

PRSLC - Taggart

WILLIAM W. CALDWELL
United States District Judge



FILED
APR 16 2002
PER _____
HARRISBURG, PA.   DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 16, 2002

Re: 1:01-cv-00764    Clark v. Horn

True and correct copies of the attached were mailed by the clerk to the following:

William . Clark
SCI-R
SCI at Rockview
AY-5585
P.O. Box A
Bellefonte, PA  16823

John J. Talaber, Esq.
Office of Chief Counsel
PA Dept of Corrections
55 Utley Drive
Camp Hill, PA  17011    Fax No.: 17179752217

James D. Young, Esq.
Lavery, Faherty, Young & Patterson, P.C.
301 Market St., Suite 800
P.O. Box 1245
Harrisburg, PA  17108-1245    Fax No.: 17172337003

PRSLC - Taggart

cc:
Judge                          (✓)         ( ) Pro Se Law Clerk
Magistrate Judge               ( )         ( ) INS
U.S. Marshal                   ( )         ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

```
Standard Order 93-5      ( )
Order to Show Cause      ( ) with Petition attached & mailed certified mail
                             to:  US Atty Gen    ( )   PA Atty Gen   ( )
                                  DA of County   ( )   Respondents   ( )
Bankruptcy Court         ( )
Other_____ ( )
                                              MARY E. D'ANDREA, Clerk

DATE: ___4/16/02___                        BY: _____JSM_____
                                                Deputy Clerk
```