ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　Plaintiff,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　Civil Action No. 01-CV-0764
　　v.　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　(Judge William W. Caldwell)
LARRY LIDGETT, et. al.,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　JURY TRIAL DEMANDED
　　　Defendants.　　　　　　　　　　　:

**FILED**
HARRISBURG, PA

**PRAECIPE TO SUBSTITUTE**

APR 2 2 2002

MARY E. D'ANDREA, CLE
Per _____
　　　　　Deputy Clerk

TO THE CLERK:

Please substitute the attached Corrections Defendants' Brief in Support to Their Motion for Summary Judgment for the Corrections Defendants' Brief in Support to Their Motion for Summary Judgment, filed on April 19, 2002. This substitution is necessary due to a draft version being erroneously copied as the final brief and mistakenly filed with the Court.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　Office of General Counsel

　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　John J. Talaber
　　　　　　　　　　　　　　　　Assistant Counsel
　　　　　　　　　　　　　　　　Pennsylvania Department of Corrections
　　　　　　　　　　　　　　　　55 Utley Drive
　　　　　　　　　　　　　　　　Camp Hill, Pa 17011
　　　　　　　　　　　　　　　　(717) 731-0444
　　　　　　　　　　　　　　　　Attorney Id. No. 83279

Dated: April 22, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLARK, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 01-CV-0764 |
| | : (Judge William W. Caldwell) |
| LARRY LIDGETT, et. al., | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the Praecipe to Substitute in this matter was served upon the person(s) in the manner indicated below.

Service by first-class mail
addressed as follows:

William Clark, AY-5585
SCI-Rockview
Box A
Bellefonte, PA  16823

James D. Young, Esquire
Lavery, Faherty, Young & Patterson, PC
The Kunkel Building
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA  17108-1245

Jennifer L. Schade
Clerk Typist II

PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated:  April 22, 2002