ORIGINAL

WILLIAM CLARK
BOX A #AY5585
BELLEFONTE, PA. 16823

4/25/02

(30)
5/1/02

Re: No. 1: CV-01-0764

FILED
HARRISBURG, PA
APR 3 0 2002
MARY E. D'ANDREA, CLERK
Per _____

To The Clerk of Courts,

    I recently submitted to this honorable court a <u>Plaintiffs brief in opposition to defendants Horn, Meyers and Lidgetts motion for protective order</u>. I also addressed in a cover letter with the brief above the loss of my legal assistance.

    I now come humbly to this court with another problem that has arisen from my litigation. I was told by my paralegal in the last correspondence I was allowed that I should now request to see my medical records and was advised to get them all copied. Shortly afterwards, I requested a meeting with a Mr. Rackovan, grievance coordinator for S.C.I. Rockview (by institutional request slip) and was called to meet with him on April 18, 2002. He laid out the records and told me I could go through them. Twenty minutes later he came back into the room and told me I had a few minutes left, that he had something else to do. I had exactly one half hour to look through over 400 pages of medical records. Needless to

SAY, I DIDN'T GET A CHANCE TO GO THROUGH MUCH. I DO NOT BELIEVE I WAS GIVEN A PROPER OPPURTUNITY TO GO THROUGH MY MEDICAL RECORDS. I DID LOOK FOR SPECIFIC PAGES THAT I KNOW WERE IN MY RECORD, AND WERE NOT THERE AT THAT TIME, SO I TOLD MR. RACKOVAN THAT I WANTED COPIES OF EVERYTHING. I FEEL THIS WAS THE ONLY WAY I WAS GOING TO HAVE THE OPPURTUNITY TO PERUSE MY RECORDS CORRECTLY. HE THEN SIGNED MY PASS AND STATED IT WOULD BE EASIER TO HAVE A SECRETARY DO THEM RATHER THEN TO SEND THEM TO THE LIBRARY. (WE INMATES PAY 10¢ A COPY FOR LEGAL WORK THROUGH THE LIBRARY.) BECAUSE OF THAT FACT, I ASSUMED I WOULD BE PAYING A LITTLE OVER $40.00.

ON APRIL 25, 2002, I WAS TOLD BY A WORK OFFICER TO REPORT TO MY BLOCK AND WHEN I GOT THERE I WAS SHOWN A "CASH SLIP" FOR COPIES IN THE AMOUNT OF $152.00 AND SOME CHANGE. IT WAS BROKEN DOWN TO SO MUCH FOR THE FIRST TEN (10) COPIES, A LITTLE LESS PER COPY FOR THE NEXT 20 COPIES AND 28¢ PER COPY FOR THE REMAINDER. I DID NOT SIGN THE CASH SLIP!

1) IF I HAD THE OPPURTUNITY TO VIEW MY RECORD PROPERLY I WOULD BE ABLE TO COPY ONLY NECCESARY DOCUMENTS, AND IN FACT, FIND WHETHER PAGES WERE MISSING.

2) THE COST THAT THEY ARE TRYING TO CHARGE ME, I FEEL PREJUDICES ME, WHEN IN FACT, HAD THEY TAKEN THEM TO THE LIBRARY TO BE COPIED, I WOULD HAVE ONLY BEEN CHARGED 10¢ A PAGE.

3) I BELIEVE I SHOULD HAVE BEEN ALLOWED THE OPPURTUNITY TO VIEW THE

(2)

RECORD AND DETERMINE IF, IN FACT, ANY PAGES WERE MISSING. I FEEL I AM DISADVANTAGED BY THIS AND ALSO NOT BEING ABLE TO COPY ONLY WHAT PAGES ARE NEEDED.

THE COST OF THE COPIES ($152.00) IS AN OVER EXHORBITANT PRICE AS I MAKE 42¢ AN HOUR, 40 HRS. A WEEK.

I NOW AM DISADVANTAGED YET AGAIN AS I CANNOT AFFORD TO PAY FOR MY ASSUMED COMPLETE RECORD.

I PRAY THIS HONORABLE COURT HELP IN THIS MATTER, AND MY PREVIOUS PLEA, AND, OR INVOKE JURISDICTION TO HAVE MY RECORD PRODUCED IN A PROPER MANNER.

RESPECTFULLY SUBMITTED,

*William Clark*

WILLIAM CLARK