IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,                    :
                                  :
     Plaintiff                    :
                                  :   CIVIL NO. 1:CV-01-0764
vs.                               :
                                  :   (Judge Caldwell)
MARTIN HORN, et al.,              :
                                  :
     Defendants                   :

O R D E R

AND NOW, this 2nd day of May, 2002, it is ORDERED that upon consideration of Correction Defendants' Motion for An Enlargement of Time to File a Reply Brief in Support of their Motion for a Protective Order (doc. 29), said motion is GRANTED. Defendants shall file reply brief in support of their Motion for a Protective Order on or before May 10, 2002.

_____
WILLIAM W. CALDWELL
United States District Judge

