**JUDGE'S COPY**

Copy 34

4/29/02

William Clark
Box A #AY-5585
Bellefonte, PA. 16823

FILED
HARRISBURG, PA

MAY 03 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

RE: 1:CV01-0764

Dear Ms. D'Andrea,

Could you please tell me if, as a pro se petitioner in the above captioned matter, I have forma pauperis status? My problem is the cost of my medical records being copied at the rate of approx. 37¢ per copy for roughly 400 pages being charged to me by the Dept. of Corrections. Inmates at S.C.I. Rockview pay 10¢ per copy to have legal work done.

Thank you for your time and consideration in the above matter.

Sincerely,
William Clark