See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　Plaintiff　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　　CIVIL NO. 1:CV-01-0764
　　vs.　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　　(Judge Caldwell)
MARTIN HORN, et al.,　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　Defendants　　　　　　　　　　:

O R D E R

AND NOW, this 20th day of May, 2002, it is ordered that:

1.  The Correction Defendants' Motion for a Protective Order (doc. 17) is denied.

2.  Defendants Horn and Lidgett shall have forty-five days from the date of this Order to serve Clark with responses to his interrogatories.

3.  Clark shall have thirty days from his receipt of defendants' discovery responses to file an appropriate response to the Correction defendants' motion for summary judgement.

　　　　　　　　　　　　　/s/ William W. Caldwell
　　　　　　　　　　　　　WILLIAM W. CALDWELL
　　　　　　　　　　　　　United States District Judge

FILED
MAY 20 2002
PER _____
HARRISBURG, PA.　　DEPUTY CLERK