IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK, :
:
    Plaintiff :
: CIVIL NO. 1:CV-01-0764
vs. :
: (Judge Caldwell)
MARTIN HORN, et al., :
:
    Defendants :

O R D E R

AND NOW, this 29th day of May, 2002, it is ORDERED that upon consideration of the Defendants' Wexford Health Sources, Inc. and John Symons, M.D. for Enlargement of Time to Respond to Plaintiff's Interrogatories(doc. 38), IT IS ORDERED THAT said motion is GRANTED. Wexford Health Sources, Inc. and John Symons, M.D., the moving defendants, shall respond to plaintiff's January 2002, Interrogatories on or before June 24, 2002. No additional discovery enlargements will be granted.

                     /s/ William W. Caldwell
                     WILLIAM W. CALDWELL
                     United States District Judge



FILED
MAY 29 2002
PER _____
HARRISBURG, PA.     DEPUTY CLERK