ORIGINAL

42
6/7/02

6/4/02

CLERK OF COURTS
U.S. DISTRICT COURT

WILLIAM CLARK
BOX A - AY5585
BELLEFONTE, PA. 16823

RE: CIVIL CASE # 1: CV-01-0764

TO THE CLERK OF COURTS,

   WOULD YOU PLEASE SEND ME A COPY OF THE LOCAL RULES AS YOUR EARLIER CORRESPONDENCE STATED I WOULD RECEIVE A COPY OF SAME AND DID NOT.
   I WOULD ALSO LIKE TO REQUEST, IF THERE IS ANY, A COPY OF THE COURT'S "CIVIL JUSTICE DELAY AND EXPENSE REDUCTION PLAN".
   ANY ASSISTANCE YOU COULD RENDER REGARDING THE ABOVE WOULD BE GREATLY APPRECIATED. THANK YOU.

RESPECTFULLY SUBMITTED,
William Clark,
pro se petitioner

FILED
HARRISBURG, PA
JUN 0 6 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk