㊸
6-12-02
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,                    :
                                  :
     Plaintiff                    :
                                  :   CIVIL NO. 1:CV-01-0764
     vs.                          :
                                  :   (Judge Caldwell)
MARTIN HORN, et al.,              :
                                  :
     Defendants                   :

O R D E R

FILED
HARRISBURG, PA
JUN 1 2 2002
MARY E. D'ANDREA, CLERK
Per_____

AND NOW, this 12th day of June, 2002, it is ordered that within ten (10) days of the date of this order, plaintiff may file a brief in support of his motion to compel discovery for production of defendants' Wexford Health Sources, Inc. and John Symons, M.D. documents, or said motion (Doc. 41) will be deemed withdrawn. See M.D. Pa. Local Rule 7.5.

In his supporting brief, Clark should specifically address any objections raised by these defendants in their discovery response. If defendants did not raise an objection to a specific document request, Clark should note what documents were produced by defendants, and his reasoning for asserting the particular document disclosure is incomplete.

_____
WILLIAM W. CALDWELL
United States District Judge