IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,

    Plaintiff

vs.

MARTIN HORN, et al.,

    Defendants

CIVIL NO. 1:CV-01-0764

(Judge Caldwell)

FILED
HARRISBURG, PA
JUN 1 2 2002
MARY E. D'ANDREA, CLERK
Per_____

O R D E R

AND NOW, this 12th day of June, 2002, it is ordered that within ten (10) days of the date of this order, plaintiff may file a brief in support of his motion to compel discovery for production of documents of Correction's Defendants' documents, or said motion (Doc. 40) will be deemed withdrawn. See M.D. Pa. Local Rule 7.5.

In his supporting brief, Clark should specifically address any objections raised by the Corrections defendants in their discovery response. If defendants did not raise an objection to a specific document request, Clark should note what documents were produced by defendants, and his reasoning for asserting the particular document disclosure is incomplete.

WILLIAM W. CALDWELL
United States District Judge