

**MARY E. D'ANDREA**
Clerk of Court

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov



*Divisional Offices*

Harrisburg:      (717) 221-3920
Williamsport:   (570) 323-6380

June 13, 2002

FILED
SCRANTON
JUN 13 2002
PER: _____
DEPUTY CLERK

Mr. William Clark
AY-5585
SCI-Rockview
Box A
Bellefonte, PA 16823

Re:   Clark v. Horn, et al., Civil No. 1:CV-01-0764

Dear Mr. Clark:

I am writing in response to your letter to the Clerk of Court received on June 6, 2002 regarding the case referenced above. Court personnel may not render legal advice to a litigant, nor may they issue any legal relief that is not requested in a motion appropriately filed with the Clerk of Court and served on counsel for any opposing parties. Please submit any future requests for relief in the form of a formal motion, not in informal correspondence either to the Clerk of Court or to the Judge presiding in your case.

Enclosed for your information is a copy of our Standing Practice Order, including the pertinent Local Rules of Court, which was issued in your case on May 2, 2001.

Sincerely,

Lois A. Fuller
Pro Se Writ Clerk

laf
Enclosure