IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK                    :    NO: 1:CV-01-0764

          PLAINTIFF             :

                                :    (JUDGE CALDWELL)

     V.                          :

                                :

MARTIN HORN, ET AL.,             :    JURY TRIAL DEMANDED

          DEFENDANTS            :

FILED
HARRISBURG, PA

JUN 21 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

SUPPLEMENT TO PLAINTIFF'S BRIEF IN SUPPORT OF

MOTION TO COMPEL DISCOVERY FOR PRODUCTION

OF CORRECTIONS DEFENDANTS' DOCUMENTS.

NOW COMES THE PLAINTIFF, WILLIAM CLARK, PRO SE, AND HEREBY PRESENTS, "DOCUMENT EXHIBIT #3" IN AMENDMENT OF "PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY FOR PRODUCTION OF CORRECTION DEFENDANTS DOCUMENTS."

DATE MAILED: JUNE 16, 2002

RESPECTFULLY SUBMITTED:

WILLIAM CLARK, PRO SE
BOX A,   AY-5585
BELLEFONTE, PA. 16823

CERTIFICATE OF SERVICE

I, WILLIAM CLARK, CERTIFY I HAVE THIS DAY SERVED UPON THE INDICATED PERSON(S) "SUPPLEMENT TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY FOR PRODUCTION OF CORRECTIONS DEFENDANTS' DOCUMENTS" BY PLACING SAME IN THE UNITED STATES MAIL, POSTAGE PREPAID, ADDRESSED AS FOLLOWS:

JAMES D. YOUNG, ESQ.
301 MARKET STREET, SUITE 800
P.O. BOX 1245
HARRISBURG, PA. 17108-1245

JOHN J. TALABER, ESQ.
OFFICE OF CHIEF COUNSEL
55 UTLEY DRIVE
CAMP HILL, PA. 17011

DATE MAILED: _June 16, 2002_

RESPECTFULLY SUBMITTED:

WILLIAM CLARK, PRO SE
BOX A,   AY-5585
BELLEFONTE, PA. 16823

EXH. 3

State Correction

RECEI

MAY 2 9

Supt's Assist

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| | |
|---|---|
| 1. To: (Name and Title of Officer) <br> MR. RECKOVAN - LITIGATION OFCR. | 2. Date: <br> 5/27/02 |
| 3. By: (Print Inmate Name and Number) <br> WILLIAM CLARK AY-5585 <br> _William Clark_ <br> Inmate Signature | 4. Counselor's Name <br> WEBB |
| | 5. Unit Manager's Name <br> MORNINGSTAR |
| 6. Work Assignment <br> FOOD TRUCK | 7. Housing Assignment <br> E/C 2022 |

8. Subject: State your request completely but briefly. Give details.

I AM REQUESTING THE COPIES OF MY MEDICAL RECORD THAT YOU ARE HOLDING AS I NEED THEM. I DO NOT HAVE THE $152.00 THAT I AM BEING CHARGED ON MY BOOKS AND WOULD LIKE TO PAY AT 20% OF MY PAY PER MONTH. PLEASE LET ME KNOW IF THIS IS A SATISFACTORY ARRANGEMENT AS SOON AS POSSIBLE.
THANK YOU.
WJMC

9. Response: (This Section for Staff Response Only)

Mr. Clark,
I contacted the Department's office of Chief Counsel but they are not willing or interested in entering into any type of payment plan. As I have told you previously your best option is to petition the judge to intervene. He may of may not but its worth a try.

| | |
|---|---|
| To DC-14 CAR only ☐ | To DC-14 CAR and DC-14 IRS ☐ |

Staff Member Name _____ / _J. Rackovan_ Date 6/13/02
                        Print              Sign

Revised July 2000

RECEIVED ON BLOCK 6/19/02