IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK                           :   NO. 1:CV-01-0764
         PLAINTIFF                      :
                                        :   (JUDGE CALDWELL)
V.                                      :
                                        :
MARTIN HORN, ET AL.,                    :   JURY TRIAL DEMANDED
         DEFENDANTS                     :

FILED
HARRISBURG, PA
JUN 28 2002
MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

## NOTIFICATION OF ADDRESS CHANGE

NOW COMES THE PLAINTIFF, WILLIAM CLARK, PRO SE, AND RESPECTFULLY SUBMITS:

PLAINTIFF IS TO BE TRANSPORTED TO BUCKS COUNTY JUNE 27, 2002, FOR A HEARING ON "PCRA" IN REGARDS TO - CP" 3533 BUCKS COUNTY.

PLAINTIFF OFFERS HE BELIEVES HE SHOULD BE IN BUCKS COUNTY APPROXIMATELY FIVE (5) DAYS, AND IN ORDER TO AVERT LOST MAIL WOULD ASK THE COURT TO DEEM "ROCKVIEW" BOX A, BELLEFONTE, PA. 16823-0820 THE PRESENT ADDRESS. IF PLAINTIFF IS DETAINED ANY LONGER, NOTIFICATION WILL BE FORWARDED TO THIS HONORABLE COURT.

PLAINTIFF RESPECTFULLY REQUESTS THIS HONORABLE COURT CONSIDER THIS TEMPORARY INCONVENIENCE IN REGARDS TO THESE PRESENT PROCEEDINGS.

DATE MAILED: JUNE 26, 2002                    RESPECTFULLY SUBMITTED:

                                               /s/ William Clark
                                               _____
                                               WILLIAM CLARK, PRO SE
                                               BOX A,   AY-5585
                                               BELLEFONTE, PA. 16823-0820