IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK, :
:
    Plaintiff :
: CIVIL NO. 1:CV-01-0764
vs. :
: (Judge Caldwell)
MARTIN HORN, et al., :
:
    Defendants :

O R D E R

AND NOW, this 11th day of July, 2002, it is ORDERED that upon consideration of the Defendants' Wexford Health Sources, Inc. and Dr. Symons' Motion to Enlarge Time to file a brief in opposition to Plaintiff's Motion to Compel Discovery (doc. 51), IT IS ORDERED THAT said motion is GRANTED. Wexford Health Sources, Inc. and John Symons, M.D., the moving defendants, shall file a brief in opposition to Plaintiff's Motion to Compel Discovery on or before July 15, 2002.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

FILED
JUL 11 2002
HARRISBURG, PA.   DEPUTY CLERK