IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,
    PLAINTIFF
  V.

MARTIN HORN, ET AL.,
    DEFENDANTS

NO. 1-CV-01-0764
(JUDGE CALDWELL)

JURY TRIAL DEMANDED

FILED
HARRISBURG, PA
JUL 11 2002
MARY E. D'ANDREA, C
For _____
Deputy Clerk

## PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO ANSWER MOTION FOR SUMMARY JUDGEMENT

NOW COMES PLAINTIFF, WILLIAM CLARK AND RESPECTFULLY SUBMITS:

    PLAINTIFF WAS TRANSPORTED TO BUCKS COUNTY ON JUNE 27, 2002 FOR A "PCRA" HEARING AND EXPECTED TO BE AWAY FROM ROCKVIEW FOR A PERIOD OF FIVE (5) DAYS.

    PLAINTIFF ADMITS HE DID NOT TRANSPORT ANY OF HIS PAPERWORK IN CONTEXT WITH CIVIL CASE #1:CV-01-0764 BECAUSE OF THE SHORT AMOUNT OF TIME PLAINTIFF ASSUMED HE WOULD BE GONE.

    PLAINTIFF NOTIFIED THIS HONORABLE COURT OF ADDRESS CHANGE BY LETTER DATED JUNE 26, 2002.

    UPON ARRIVAL AT BUCKS COUNTY PRISON, PLAINTIFF LEARNED "PCRA" HEARING WAS SET FOR JULY 18, 2002.

    PLAINTIFF RESOLVED "PCRA" MATTER BY DROPPING MOTION ON JULY 1, 2002, AND WAS INFORMED BY PUBLIC DEFENDER DUNLEAVY THAT SHE WOULD REQUEST AN ORDER FROM JUDGE BIESTER TO HAVE PLAINTIFF TRANSPORTED, AS SOON AS POSSIBLE, BACK TO ROCKVIEW BECAUSE OF HIS MEDICAL NEEDS.

    PLAINTIFF HAS NO MEANS OF CONTINUING LITIGATION IN THIS MATTER UNTIL HIS RETURN TO ROCKVIEW.

PLAINTIFF RESPECTFULLY REQUESTS THIS HONORABLE COURT TO RE-START 30 DAY TIME PERIOD TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT. (DOC..37) UPON RETURN TO ROCKVIEW., OR AT THIS HONORABLE COURTS DISCRETION.

DATE MAILED: JULY 7, 2002

RESPECTFULLY SUBMITTED:

*[signature]*

WILLIAM CLARK, PRO SE
BOX A - AY5585
BELLEFONTE, PA. 16823-0820

# PROOF OF SERVICE

Plaintiff, William Clark, declares under penalty of perjury pursuant to U.S.C. §1746 that he mailed a copy of the enclosed "Request for an Extension of Time to Answer Motion for Summary Judgement" to defendants counsel by placing them in a stamped envelope and placing the envelope(s) in the inmate mail box at Bucks County Prison, directed to:

John Talaber, Esq.
Office of Chief Counsel
PA. Dept. of Corrections
55 Utley Drive
Camp Hill, PA. 17011

James D. Young, Esq.
225 Market St.
P.O. Box 1245
Harrisburg, PA. 17108

Date Mailed: July 7, 2002

William Clark, Pro Se