●ORIGINAL ●

(55)
7/16/

FILED
HARRISBURG, PA

JUL 1 5 2002

MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,                    :    NO.: 1:CV01-0764
         Plaintiff          :
                         :    (JUDGE CALDWELL)
      v.                 :
                         :
MARTIN HORN, et al.,              :    JURY TRIAL DEMANDED
         Defendants          :

### APPENDIX OF EXHIBITS IN OPPOSITION TO PLAINTIFF'S
### MOTION TO COMPEL PRODUCTION OF DOCUMENTS
### FROM THE WEXFORD DEFENDANTS

    Exhibit "A"      Plaintiff's Request for Production of Documents
                          Directed to Wexford.

    Exhibit "B"      Wexford Defendants' Response to Plaintiff's
                          Request for Production of Documents.

Respectfully submitted,

Lavery, Faherty, Young &
Patterson, P.C.


By: _____
      James D. Young, Esquire
      Atty No. 53904
      225 Market Street, Suite 304
      P.O. Box 1245
      Harrisburg, PA 17108-1245
      Attys for Defendants,
      Wexford Health Sources, Inc.
      and John Symons

DATE: ___7/15/02____

## IN THE UNITED STATES DISTRICT COURT FOR THE

## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM CLARK,** | : | **NO. 1:CV-01-0764** |
| | : | |
| **Plaintiff,** | : | **(JUDGE CALDWELL)** |
| | : | |
| **vs.** | : | |
| | : | |
| **MARTIN HORN, Secretary,** | : | |
| **Pennsylvania Department of** | : | |
| **Corrections; ROBERT MEYERS,** | : | |
| **Superintendent, State Correctional** | : | |
| **Institution at Rockview;** | : | |
| **WEXFORD HEALTH SOURCES,** | : | |
| **INC., Health Care Provider at** | : | |
| **the State correctional Institution** | : | |
| **at Rockview; JOHN SYMONS,** | : | |
| **M.D., Medical Director, State** | : | |
| **Correctional Institution at** | : | |
| **Rockview; LARRY LIDGETT,** | : | |
| **Health Care Administrator,** | : | |
| **State Correctional Institution at** | : | |
| **Rockview,** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **Defendants.** | : | |

RECEIVED
JAN - 9 2002
6100-1287

## REQUEST FOR PRODUCTION OF DOCUMENTS
## TO DEFENDANTS WEXFORD HEALTH SOURCES, INC.

NOW COMES the Plaintiff, William Clark, *pro se*, and respectfully requests the

following documents:

1.  Please provide each and every copy of Plaintiff's request slips or grievances and any

and all responses to same from prison or medical department personnel relating to

Plaintiff's questions or requests pertaining to his hepatitis C.



EXHIBIT

"A"

RESPONSE:

2.   Please provide copies of all prior draft criteria established by the Commonwealth of

Pennsylvania Department of Corrections and/or Wexford Health Sources, Inc., and state

whether or not they were ever approved, put in force, or used to make any determination

for treatment of individuals with Hepatitis C.

RESPONSE:

3.   Please state the date each such draft criteria was completed, and the names of any

and all individuals who worked on, assisted, or in any way, shape, or form contributed to

the creation of said guidelines drafts.

RESPONSE:

4.   Please provide a copy of the current hepatitis C treatment protocol, and provide the date it was implemented, including any copies of revisions, the dates of each revision, the names of any and all individuals who worked on, assisted, or in any way, shape, or form contributed to the creation of said protocol(s).

RESPONSE:

5.   Please provide a copy of each and every evaluation for eligibility for the Interferon/Ribavirin treatment protocol which was performed on Plaintiff with regards to his hepatitis C.

RESPONSE:

6.   Please provide a copy of Plaintiff's complete medical record, as maintained by Defendant Wexford Health Sources, Inc.

RESPONSE:

Respectfully submitted:

William Clark, *pro se*
Box A - AY-5585
Bellefonte, PA 16823

Date: JANUARY 2 , 2002.

## CERTIFCATE OF SERVICE

I, William Clark, certify that I have this day served upon the below indicated person(s) a true and correct copy of the foregoing document by placing same in the United States mail, postage prepaid, addressed as follows:

James D. Young, Esq.
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA 17108-1245

John J. Talaber, Esq.
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011

Respectfully submitted:

William Clark, *pro se*
Box A - AY-5585
Bellefonte, PA 16823

Date: JANUARY 2                , 2002

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,                          :       NO.: 1:CV01-0764
              Plaintiff        :
                            :
                            :
      v.                            :
                            :
MARTIN HORN, Secretary,                 :
Pennsylvania Department of              :
Corrections; ROBERT MEYERS,             :       JUDGE CALDWELL
Superintendent, State Correctional      :
Institution at Rockview;                :
WEXFORD HEALTH SOURCES,                 :
INC., Health Care Provider at           :
the State Correctional Institution      :       JURY TRIAL DEMANDED
at Rockview; JOHN SYMONS,               :
M.D., Medical Director, State           :
Correctional Institution at             :
Rockview; LARRY LIDGETT,                :
Health Care Administrator,              :
State Correctional Institution at       :
Rockview,                               :
              Defendants    :

## DEFENDANTS, WEXFORD HEALTH SOURCES, INC.
## AND DR. SYMONS' RESPONSE TO PLAINTIFF'S
## FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

      AND NOW, come Defendants, Wexford Health Sources, Inc. and Dr. Symons, by
and through their attorneys, Lavery, Faherty, Young & Patterson, P.C., and in
accordance with Federal Rules of Civil Procedure 26 and 34, hereby respond to
Plaintiff's First Request for Production of Documents as follows:

EXHIBIT

"B"

1.      Objection.  Answering Defendants object to this request pursuant to Fed. R.Civ.P. 26(b)(2)(i) in that grievance material is obtainable from some other source that is more convenient; specifically, Plaintiff, as an inmate within the Department of Corrections, receives copies of his grievances and responses thereto. By way of further answer, the Department of Corrections, and not Answering Defendants, is the custodian of records and this request is more appropriately addressed to the Department of Corrections Defendants.  To the extent that further answer may be deemed appropriate, the Department of Corrections Defendants have already made the requested documents available for examination and inspection by the Plaintiff.

2.      Objection.  Answering Defendants object to Plaintiff's request pursuant to Fed.R.Civ.P. 34(b) in that this request does not describe the items to be set forth for examination and inspection with reasonable particularity; consequently, pursuant to Fed.R.Civ.P. 26(b)(1), this request does not appear to be reasonably calculated to lead to the discovery of admissible evidence for purposes of trial.  By way of further objection, Answering Defendants object to Plaintiff's request pursuant to Fed.R.Civ.P. 26(b)(5) because "all prior draft criteria established by the Pennsylvania Department of Corrections and/or Wexford Health Sources, Inc." is over broad and said documents are protected by the Executive Document Privilege.  See, Com. Ex rel. Unified Judicial System v. Vartan, 733 A.2d 1258 (Pa. 1999); see also, Kerr v. United States District Court for the Northern District of California 426 U.S. 394, 405 (1976).  Without waiver of the foregoing objection, the Department of Corrections Defendants have already produced

for examination or inspection medical journal articles, Hepatitis C education materials, final versions of the Department's Hepatitis C protocol, and the known names and titles of individuals involved in developing the Department's Hepatitis C protocol.

    3.      See objection and response to Request No. 2.

    4.      See objection and response to Request No. 2.

    5.      None. The Department of Corrections, and not Answering Defendants, is the custodian of Plaintiff's prison medical records, and as such, this request is more appropriately addressed to the Department of Corrections Defendants. By way of further response, the Department of Corrections Defendants have already indicated that they will make the discoverable portions of Plaintiff's prison medical records available for examination, inspection and/or photocopying by the Plaintiff.

    6.      See response to Request No. 5.

Respectfully submitted,

Lavery, Faherty, Young & Patterson, P.C.

By: _____

James D. Young, Esquire
Atty No. 53904
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
Attys for Defendants, Wexford
Health Sources, Inc. and
John Symons, M.D.

DATE: ___5/22/02___

3

**CERTIFICATE OF SERVICE**

I, Linda L. Gustin, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this _22nd_ day of May, 2002, I served a true and correct copy of the foregoing **Defendants, Wexford Health Sources, Inc. and Dr. Symons' Response to Plaintiff's First Request for Production of Documents** via U.S. First Class mail, postage prepaid, addressed as follows:

William Clark
#AY5585
SCI-Rockview
PO Box A
Bellefonte, PA  16823

John Talaber, Esquire
Office of Chief Counsel
PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011


Linda L. Gustin

# CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this __15th__ day of July, 2002, I served a true and correct copy of the foregoing **Appendix of Exhibits in Opposition to Plaintiff's Motion to Compel Production of Documents From the Wexford Defendants** via U.S. First Class mail, postage prepaid, addressed as follows:

William Clark
#AY5585
SCI-Rockview
PO Box A
Bellefonte, PA 16823

John Talaber, Esquire
Office of Chief Counsel
PA Department of Corrections
55 Utley Drive
Camp Hill, PA 17011

_Linda L. Gustin_
Linda L. Gustin