IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK, :
    Plaintiff, :
     : Civil Action No. 01-CV-0764
v. :
     : (Judge William W. Caldwell)
LARRY LIDGETT, et. al., :
     : JURY TRIAL DEMANDED
    Defendants. :

### DEFENDANTS' JOINT MOTION FOR LEAVE TO DEPOSE PRISONER

The Defendants, by and through their attorneys, John J. Talaber, Assistant Counsel for the Pennsylvania Department of Corrections, with the concurrence of this James D. Young, Esquire, pursuant to Federal Rule of Civil Procedure 30(a)(2), respectfully request this Court for leave to depose Plaintiff William Clark (AY-5585) within the state correctional system.

                        Respectfully submitted,
                        Office of General Counsel

BY: _____
       John J. Talaber
       Assistant Counsel
       Pa Department of Corrections
       55 Utley Drive
       Camp Hill, PA 17011
       (717) 731-0444
       Attorney No. 83279

Dated: July 29, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,

    Plaintiff,

    v.

LARRY LIDGETT, et al.,

    Defendants.

Civil No. 01-0764

(Judge William W. Caldwell)

## PROOF OF SERVICE

The undersigned hereby certifies that the Corrections Defendants' Motion for Leave to Depose Prisoner was served upon the person(s) in the manner indicated below.

Service by first-class mail
addressed as follows:

William Clark, AY-5585
SCI-Rockview
Box A
Bellefonte, PA  16823

James D. Young, Esquire
Lavery, Faherty, Young & Patterson, PC
The Kunkel Building
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA  17108-1245

*Marilyn Jones*
Marilyn Jones
Clerk Typist II

PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated:  July 29, 2002