66
8/6/02
ASM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　Plaintiff　　　　　　　　　:
　　　　　　　　　　　　　　　　　:　　CIVIL NO. 1:CV-01-0764
　　vs.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:　　(Judge Caldwell)
MARTIN HORN, et al.,　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　Defendants　　　　　　　　　:

O R D E R

AND NOW, this 6th day of August, 2002, for the reasons set forth in the accompanying Memorandum, it is ordered that:

1. The Correction Defendants' *Nunc Pro Tunc* Motion for Enlargement of Time to Respond to Plaintiff's Interrogatories (doc. 58) is granted.

2. The Correction Defendants shall have ten days from the date of this Order to serve Clark with responses to his interrogatories.

3. The Corrections Defendants shall also simultaneously file with the Court a copy of their Certificate of Service accompanying their verified interrogatory responses upon Clark.

4. The Correction Defendants' *Nunc Pro Tunc* Motion to file a Brief in Opposition to Plaintiff's Motion to Compel (doc. 59) is granted.

5. The Corrections Defendants shall have ten days from the date of this Order to file a brief in opposition to plaintiff's Motion to Compel.

6. Plaintiff may file a reply brief within ten days of his receipt of the Correction Defendants' brief in opposition to his Motion to Compel.



FILED
AUG 6 2002
PER ASM
HARRISBURG, PA.    DEPUTY CLERK

AO 72A

7. The Correction Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Motion for Sanctions (doc. 64) is granted.

8. The Correction Defendants shall have ten days from the date of this Order to file a brief in opposition to plaintiff's Motion for sanctions.

9. Plaintiff may file a reply brief within ten days of his receipt of the Correction Defendants' brief in opposition to his Motion to Compel.

10. The Correction Defendants' Motion to Withdraw their Motion For Summary Judgement (doc. 62) is granted.

11. The Corrections Defendants' Motion for Summary Judgement (doc. 20) is deemed withdrawn.

12. Plaintiff's Motion for Extension of time to respond to the Correction Defendants' Motion for Summary Judgment (doc. 53) is denied as moot. Either party may file a dispositive motion upon the conclusion of the discovery period.

13. The Correction Defendants' Motion for Discovery and Dispositive Motions Deadlines (doc. 63) is granted.

14. All discovery in this matter shall conclude on or before November 4, 2002. Dispositive motions shall be filed on or before December 4, 2002.

15. Absent the filing of dispositive motions in this case, the parties will be deemed ready for trial. A trial date will be set by later order of court.

-3-

16. The Corrections Defendants' and Wexford's motion for leave to Depose Prisoner (doc. 60) is granted.

*[signature: William W. Caldwell]*
WILLIAM W. CALDWELL
United States District Judge

-3-