IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,

    Plaintiff,

v.

LARRY LIDGETT, et. al.,

    Defendants.

Civil Action No. 01-CV-0764

(Judge William W. Caldwell)

JURY TRIAL DEMANDED

## PRAECIPE TO SUPPLEMENT

TO THE CLERK:

Pursuant to the August 6, 2002 Order of this Honorable Court, enclosed for filing and to supplement the record, please find the Correction Defendants' Certificates of Service regarding Plaintiff's Interrogatories directed to Defendants Horn & Meyers, and Defendant Lidgett.

                                Respectfully submitted,
                                Office of General Counsel

BY:          _____
                                John J. Talaber
                                Assistant Counsel
                                Pennsylvania Department of Corrections
                                55 Utley Drive
                                Camp Hill, Pa  17011
                                (717) 731-0444
                                Attorney Id. No. 83279

Dated:  August 9, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,

    Plaintiff,

    v.

LARRY LIDGETT, et al.,

    Defendants.

Civil No. 01-0764

(Judge William W. Caldwell)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that SCI-Rockview Assistant to the Superintendent Jeffrey A. Rackovan on August 6, 2002, hand-delivered and served Plaintiff William Clark (AY-5585) with Defendants Lidgett's Response to Plaintiff's First Set of Interrogatories directed to him. Additionally, because of the delay in this matter, a copy of the disclosed documents referenced therein was provided to Plaintiff free of charge.

Respectfully Submitted,
Office of General Counsel

BY: _____
John J. Talaber
Assistant Counsel
PA Department of Corrections
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444
Attorney Id. 83279

Dated: August 9, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLARK, : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 01-0764 |
| : | |
| v. : | (Judge William W. Caldwell) |
| : | |
| LARRY LIDGETT, et al., : | |
| : | |
| Defendants. : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that SCI-Rockview Assistant to the Superintendent Jeffrey A. Rackovan on August 6, 2002, hand-delivered and served Plaintiff William Clark (AY-5585) with Defendants Horn and Meyers' Response to Plaintiff's First Set of Interrogatories directed to them.

Respectfully Submitted,
Office of General Counsel

BY: _____
John J. Talaber
Assistant Counsel
PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444
Attorney Id. 83279

Dated:  August 9, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK, :
:
    Plaintiff, :
: Civil No. 01-0764
:
v. : (Judge William W. Caldwell)
:
LARRY LIDGETT, et al., :
:
    Defendants. :

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Corrections Defendants' Praecipe to Supplement Certificates of Service was served upon the person(s) in the manner indicated below.

First Class Mail
addressed as follows:

William Clark, AY-5585
SCI-Rockview
Box A
Bellefonte, PA  16823

James D. Young, Esquire
Lavery, Faherty, Young & Patterson, PC
The Kunkel Building
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA  17108-1245

John J. Talaber
Assistant Counsel

PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444
Dated:  August 9, 2002