IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,                  :
                                :
    Plaintiff              :
                                :     CIVIL NO. 1:CV-01-0764
vs.                             :
                                :     (Judge Caldwell)
MARTIN HORN, et al.,            :
                                :
    Defendants             :

O R D E R

AND NOW, this 16th day of August, 2002, it is ordered that Plaintiff's Motion of Opposition to Corrections Defendants Motion for Enlargement of Time to File their Brief in Opposition to Plaintiff's Motion for Sanctions (doc. 67) is denied as moot by operation of this Court's August 6, 2002, Order resolving that motion.

                              /s/ William W. Caldwell
                              WILLIAM W. CALDWELL
                              United States District Judge

FILED
AUG 16 2002
PER _____
HARRISBURG, PA.        DEPUTY CLERK