Law Clerk's Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLARK, | : |
| Plaintiff, | : |
| | : Civil No. 01-0764 |
| v. | : (Judge William W. Caldwell) |
| LARRY LIDGETT, et al., | : JURY TRIAL DEMANDED |
| Defendants. | : |

FILED
HARRISBURG, PA
DEC 04 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## CORRECTIONS DEFENDANTS' MOTION
## FOR SUMMARY JUDGMENT

The Corrections Defendants, Martin Horn, Robert Meyers, and Larry Lidgett, by and through their attorney, John J. Talaber, Assistant Counsel for the Pennsylvania Department of Corrections, respectfully move this Honorable Court to grant them summary judgment pursuant to Fed.R.Civ.P. 56 as there are no genuine issues of material fact in dispute and they are entitled to judgment as a matter of law. Further, through this Motion, the Corrections Defendants seek dismissal of Plaintiff's Complaint with prejudice based on their qualified immunity to his claims.

**WHEREFORE**, for the reasons stated within the Correction Defendants' supporting brief to the Motion for Summary Judgment, they respectfully request that Complaint against them be dismissed with prejudice.

                                                Respectfully submitted,
                                                Office of General Counsel

                    BY: _____
                                                John J. Talaber
                                                Assistant Counsel
                                                Pa. Department of Corrections
                                                55 Utley Drive
                                                Camp Hill, PA  17011
                                                (717) 731-0444

Dated: December 4, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK, :
:
    Plaintiff, :
: Civil No. 01-0764
:
v. : (Judge William W. Caldwell)
:
LARRY LIDGETT, et al., :
: JURY TRIAL DEMANDED
    Defendants. :

## PROOF OF SERVICE

The undersigned hereby certifies that the Corrections Defendants' Motion for Summary Judgment was served upon the person(s) in the manner indicated below.

Service by first-class mail
addressed as follows:

| | |
|---|---|
| William Clark, AY-5585<br>SCI-Rockview<br>Box A<br>Bellefonte, PA  16823 | James D. Young, Esquire<br>Lavery, Faherty, Young & Patterson, PC<br>The Kunkel Building<br>301 Market Street, Suite 800<br>P.O. Box 1245<br>Harrisburg, PA  17108-1245 |

                                                                            *Marilyn Jones*
                                                                            Marilyn Jones
                                                                            Clerk Typist 2

PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated:  December 4, 2002