IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLARK, | : |
| Plaintiff | : |
| vs. | : CIVIL NO. 1:CV-01-0764 |
| MARTIN HORN, et al., | : (Judge Caldwell) |
| Defendants | : |

O R D E R

AND NOW, this 17th day of December, 2002, it is ORDERED that, upon consideration of the Defendants' Joint Motion for An Enlargement of Time (doc. 80), the motion is GRANTED. Defendants shall file their Statement of Material Facts, supporting brief, and documents in support of their Motion for Summary Judgment within ten (10) days of the date of this Order.

WILLIAM W. CALDWELL
United States District Judge

