85

12/18/02

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CLARK, | : | NO.: 1:CV01-0764 |
| Plaintiff | : | |
| | : | |
| | : | |
| v. | : | |
| | : | (JUDGE CALDWELL) |
| MARTIN HORN, Secretary, | : | |
| Pennsylvania Department of | : | |
| Corrections; ROBERT MEYERS, | : | |
| Superintendent, State Correctional | : | JURY TRIAL DEMANDED |
| Institution at Rockview; | : | |
| WEXFORD HEALTH SOURCES, | : | |
| INC., Health Care Provider at | : | |
| the State Correctional Institution | : | |
| at Rockview; JOHN SYMONS, | : | |
| M.D., Medical Director, State | : | |
| Correctional Institution at | : | |
| Rockview; LARRY LIDGETT, | : | |
| Health Care Administrator, | : | |
| State Correctional Institution at | : | |
| Rockview, | : | |
| Defendants: | | |

FILED
HARRISBURG, PA

DEC 1 7 2002

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## DEFENDANTS, WEXFORD HEALTH SOURCES, INC. AND JOHN SYMONS, M.D.'S MOTION FOR ENLARGEMENT OF TIME

AND NOW, come Defendants, Wexford Health Sources, Inc. and

John Symons, M.D., by and through their attorneys, Lavery, Faherty,

Young & Patterson, P.C., and file this Motion for Enlargement of Time and in support thereof, aver as follows:

1.    On December 4, 2002, Defendants, Wexford Health Sources, Inc. and John Symons, M.D., filed a Motion for Summary Judgment pursuant to Rule 56(c).

2.    Pursuant to the Local Rules of Court, the Brief, Fact Statement and Appendix of Exhibits in support of that dispositive motion are due on December 18, 2002.

3.    Due to previously scheduled commitments in other matters, undersigned defense counsel is in need of a two-day extension of time within which to file the documents in support of the pending dispositive motion.

4.    The requested extension of time is brief in duration; it will not prejudice Plaintiff's substantive rights; and it will not unduly delay the adjudication of this matter on the merits.

WHEREFORE, Defendants, Wexford Health Sources, Inc. and John Symons, M.D., respectfully request that this Honorable Court grant their Motion for Enlargement of Time and enter the accompanying Court Order.

Respectfully submitted,

Lavery, Faherty, Young &
Patterson, P.C.


By:_____

      James D. Young, Esquire
      Atty No. 53904
      225 Market Street, Suite 304
      P.O. Box 1245
      Harrisburg, PA 17108-1245
      Attys for Defendants,
      Wexford Health Sources, Inc.
      and John Symons, M.D.

DATE:  ___12/17/02___

## CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 17th day of December, 2002, I served a true and correct copy of the foregoing **Defendants, Wexford Health Sources, Inc. and John Symons, M.D.'s Motion for Enlargement of Time** via U.S. First Class mail, postage prepaid, addressed as follows:

William Clark
SCI-Rockview
Box A
Bellefonte, PA  16823-0820

John Talaber, Esquire
Office of Chief Counsel
PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011

_Linda L. Gustin_
Linda L. Gustin