IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,                     :
                                   :
     Plaintiff                     :
                                   :   CIVIL NO. 1:CV-01-0764
     vs.                           :
                                   :   (Judge Caldwell)
MARTIN HORN, et al.,               :
                                   :
     Defendants                    :


O R D E R

AND NOW, this 18th day of December, 2002, it is ordered that:

   1. The Motion to Compel Discovery for Production of Correction Defendants' Documents (doc. 40), is denied.

   2. Clark's Motion to Compel Discovery for Production of Defendants', Wexford Health Sources, Inc., and John Symons, M.D.'s Documents (doc. 41), is denied.

   3. Clark's Motion for Sanctions against the Corrections Defendants (doc. 56), is denied.

WILLIAM W. CALDWELL
United States District Judge

