IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,            :
                          :
    Plaintiff     :
                          :   CIVIL NO. 1:CV-01-0764
vs.                       :
                          :   (Judge Caldwell)
MARTIN HORN, et al.,      :
                          :
    Defendants    :

FILED
HARRISBURG, PA

DEC 19 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

AND NOW, this 19th day of December, 2002, it is ordered that Clark's Motion for Appointment of Counsel (Doc. 74) will be held in abeyance pending a decision on Defendants' summary judgment motions.

_____
WILLIAM W. CALDWELL
United States District Judge