IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLARK, | : |
| Plaintiff | : |
| vs. | : CIVIL NO. 1:CV-01-0764 |
| MARTIN HORN, et al., | : (Judge Caldwell) |
| Defendants | : |

O R D E R

AND NOW, this 19th day of December, 2002, it is ordered that Defendants, Wexford Health Sources, Inc., and John Symons, M.D.'s, Motion for Enlargement of Time (doc. 85) is denied as MOOT based on this Court's order of December 17, 2002, granting all defendants a ten (10) day enlargement of time to file their Statement of Material Facts, supporting brief, and documents in support of their Motion for Summary Judgment in this matter.

_____
WILLIAM W. CALDWELL
United States District Judge

FILED
HARRISBURG, PA
DEC 1 9 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk