FILED
HARRISBURG, PA
JAN 0 2 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLARK, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 01-CV-0764 |
| v. | : |
| | : (Judge William W. Caldwell) |
| LARRY LIDGETT, et. al., | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

## CORRECTIONS DEFENDANTS'
## MOTION TO EXCEED PAGE LIMIT

The Corrections Defendants, by and through their attorney, John J. Talaber, Assistant Counsel for the Pennsylvania Department of Corrections, hereby move this Court, pursuant to Local Rule 7.8(b) of the United States District Court for the Middle District of Pennsylvania, for leave to exceed the fifteen (15) page limit for their *Brief in Support of the Motion for Summary Judgment* to amount not greater than twenty five (25) pages.

**WHEREFORE,** the Defendants respectfully request the Court to allow them to file a *Brief in Support of their Motion for Consolidation* of twenty (25) pages or less, not including the Table of Contents and the Table of Citations.

                              Respectfully submitted,
                              Office of General Counsel

BY: _____
                    John J. Talaber
                  Assistant Counsel
                  Pa. Department of Corrections
                  55 Utley Drive
                  Camp Hill, PA  17011
                  (717) 731-0444
                  Attorney No. 83279

Dated: January 2, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLARK, | : |
| Plaintiff, | : |
| | : Civil No. 01-0764 |
| v. | : (Judge William W. Caldwell) |
| LARRY LIDGETT, et al., | : |
| Defendants. | : |

## PROOF OF SERVICE

The undersigned hereby certifies that the Corrections Defendants' Motion to Exceed Page Limit was served upon the person(s) in the manner indicated below.

Service by first-class mail
addressed as follows:

William Clark, AY-5585
SCI-Rockview
Box A
Bellefonte, PA  16823

James D. Young, Esquire
Lavery, Faherty, Young & Patterson, PC
The Kunkel Building
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA  17108-1245

Marilyn Jones
Clerk Typist 2

PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated:  January 2, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK, :
:
   Plaintiff, :
: Civil Action No. 01-CV-0764
v. :
: (Judge William W. Caldwell)
LARRY LIDGETT, et. al., :
: JURY TRIAL DEMANDED
   Defendants. :

## ORDER

**AND NOW** this _____ day of _____ 2003, upon consideration of the Correction Defendants' Motion to Exceed Page Limits for their Supporting Brief to the Motion for Summary Judgment, it is hereby **ORDERED** that said Motion is **GRANTED**. The Corrections Defendants' may exceed the fifteen (15) page limit of Pa.MDLR7.8(b) and file a Brief of twenty-five (25) pages or less, not including the Table of Contents and Table of Citations.

_____
Judge William W. Caldwell