IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK, :
:
    Plaintiff :
: CIVIL NO. 1:CV-01-0764
vs. :
: (Judge Caldwell)
MARTIN HORN, et al., :
:
    Defendants :

O R D E R

FILED
JAN 7 2003
PER _____
HARRISBURG, PA.    DEPUTY

AND NOW, this 7th day of January, 2003, it is ordered that:

1. Corrections Defendants' Motion for Enlargement of Time to file their Statement of Material Facts, and brief in support of their Motion for Summary Judgment (doc. 97) is granted.

2. The Corrections defendants shall file their statement of material facts and brief in support of their motion for summary judgment on or before January 10, 2003.

3. Corrections Defendants' Motion to Exceed Page Limit (Doc. 98) is granted. The Corrections defendants may file a brief in support of their motion for summary judgment in excess of 15 pages, but not to exceed 25 pages.

4. Plaintiff Clark's Motion for Enlargement of Time to file "Statement of Material Facts and Summary Judgment" (doc. 93) is granted.

-2-

    5.   Plaintiff Clark may file his own motion for summary judgment and supporting Statement of Material Facts on or before January 15, 2003.

*/s/ William W. Caldwell*
WILLIAM W. CALDWELL
United States District Judge