IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,

    Plaintiff,

v.

LARRY LIDGETT, et. al.,

    Defendants.

Civil Action No. 01-CV-0764

(Judge William W. Caldwell)

JURY TRIAL DEMANDED

## PRAECIPE TO SUBSTITUTE

TO THE CLERK:

Please substitute the attached Unsworn Declaration of Inmate Record Custodian located within the Supplemental Documents, Volume I, Exhibit 1, page 1, filed on January 2, 2003.

    Respectfully submitted,
    Office of General Counsel

BY: _____
    John J. Talaber
    Assistant Counsel
    Pennsylvania Department of Corrections
    55 Utley Drive
    Camp Hill, Pa 17011
    (717) 731-0444
    Attorney Id. No. 83279

Dated: January 16, 2003

## UNSWORN DECLARATION OF INMATE RECORD CUSTODIAN

I, the undersigned, being subject to the penalty of perjury, depose and say that I am a duly authorized Custodian of Inmate Records for SCI-Rockview with the authority to certify said records, and I hereby certify to the following:

1. The Sentence Status Summary (16E) and court commitment attached hereto are true and correct copies of the originals contained within the Department of Corrections inmate file in my custody pertaining to William Clark, AY-5585;

2. These materials were prepared and kept in the order course of business by authorized personnel at or near the time of the act, condition or event.

I declare, under the penalty of perjury, that the foregoing facts as are within my personal knowledge are true and correct and the other facts contained herein are true and correct to the best of my knowledge, information and belief.

EXECUTED ON: __12/30/02__     __SCI-Rockview__
                 (Date)           (Location)

__Thomas J. Sturniolo__
(Print or type name)

__Records Specialist 2__
(Print or type title and position)

__[signature]__
(Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK, :
: 
    Plaintiff, :
: Civil Action No. 01-0764
v. :
: (Judge William W. Caldwell)
LARRY LIDGETT, et. al., :
: JURY TRIAL DEMANDED
    Defendants. :

## PROOF OF SERVICE

The undersigned hereby certifies that the Praecipe to Substitute Supplemental Documents for Volume I, Exhibit 1, page 1 was served upon the person(s) in the manner indicated below.

Service by first-class mail
addressed as follows:

William Clark, AY-5585
SCI-Rockview
Box A
Bellefonte, PA  16823

James D. Young, Esquire
Lavery, Faherty, Young & Patterson, PC
The Kunkel Building
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA  17108-1245

*Marilyn Jones*
Marilyn Jones
Clerk Typist 2

PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444
Dated:  January 16, 2003