

1-17-03
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JAN 16 2003

MARY E. D'ANDREA, CL
Per _____

WILLIAM CLARK,

    Plaintiff,

v.

LARRY LIDGETT, et. al.,

    Defendants.

: Civil Action No. 01-CV-0764
:
: (Judge William W. Caldwell)
:
: JURY TRIAL DEMANDED
:

### PRAECIPE TO SUBSTITUTE

TO THE CLERK:

Please substitute the attached Signature Page of Supplemental Documents, Volume II, Exhibit 14, page 5, filed on January 2, 2003.

        Respectfully submitted,
        Office of General Counsel

BY: _____
        John J. Talaber
        Assistant Counsel
        Pennsylvania Department of Corrections
        55 Utley Drive
        Camp Hill, Pa  17011
        (717) 731-0444
        Attorney Id. No. 83279

Dated:  January 16, 2003

19. If Clark had sought monetary damages from the Department in his grievances, as he could through the Departments' grievance process, I would have brought this issue to the attention of senior Department of Corrections staff for their consideration as part of the available administrative process before this lawsuit was filed.

Respectfully submitted,

_____
Thomas James
Chief Grievance Coordinator

Date: January 2, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLARK, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 01-0764 |
| | : (Judge William W. Caldwell) |
| LARRY LIDGETT, et. al., | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

### PROOF OF SERVICE

The undersigned hereby certifies that the Praecipe to Substitute Supplemental Documents for Volume II, Exhibit 14, page 5 was served upon the person(s) in the manner indicated below.

Service by first-class mail
addressed as follows:

William Clark, AY-5585
SCI-Rockview
Box A
Bellefonte, PA  16823

James D. Young, Esquire
Lavery, Faherty, Young & Patterson, PC
The Kunkel Building
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA  17108-1245

_Marilyn Jones_
Marilyn Jones
Clerk Typist 2

PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444
Dated:  January 16, 2003