IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK, :
:
    Plaintiff, :
: Civil Action No. 01-CV-0764
v. :
: (Judge William W. Caldwell)
LARRY LIDGETT, et. al., :
: JURY TRIAL DEMANDED
    Defendants. :

## PRAECIPE TO SUBSTITUTE

TO THE CLERK:

Please substitute the attached Signature Page located within the Supplemental Documents, Volume II, Exhibit 10, page 3, filed on January 2, 2003.

          Respectfully submitted,
          Office of General Counsel

BY: _____
          John J. Talaber
          Assistant Counsel
          Pennsylvania Department of Corrections
          55 Utley Drive
          Camp Hill, Pa 17011
          (717) 731-0444
          Attorney Id. No. 83279

Dated: January 16, 2003

Date: 10/26/02

Laurie Samulevich
Medical Records Supervisor
SCI-Dallas

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,                    :
                                  :
    Plaintiff,                    :
                                  :   Civil Action No. 01-0764
v.                                :
                                  :   (Judge William W. Caldwell)
LARRY LIDGETT, et. al.,           :
                                  :   JURY TRIAL DEMANDED
    Defendants.                   :

## **PROOF OF SERVICE**

The undersigned hereby certifies that the Praecipe to Substitute Supplemental Documents for Volume II, Exhibit 10, page 3 was served upon the person(s) in the manner indicated below.

                Service by first-class mail
                   addressed as follows:

William Clark, AY-5585        James D. Young, Esquire
SCI-Rockview                  Lavery, Faherty, Young & Patterson, PC
Box A                             The Kunkel Building
Bellefonte, PA 16823           301 Market Street, Suite 800
                                      P.O. Box 1245
                                      Harrisburg, PA 17108-1245

                                      /s/ Marilyn Jones
                                      Marilyn Jones
                                      Clerk Typist 2

PA Department of Corrections
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444
Dated: January 16, 2003