FILED
HARRISBURG, PA
JAN 2 3 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,

    Plaintiff

vs.

MARTIN HORN, et al.,

    Defendants

CIVIL NO. 1:CV-01-0764

(Judge Caldwell)

## O R D E R

AND NOW, this 23rd day of January, 2003, it is ORDERED that, upon consideration of Plaintiff's Motion for Enlargement of Time (doc. 103), the motion is GRANTED. Clark shall file his Statement of Material Facts, supporting brief, and documents in support of his Motion for Summary Judgment on or before February 14, 2003. Additionally, Clark shall file his Brief in Opposition to the Wexford Defendants' Motion for Summary Judgment on or before February 14, 2003. No further enlargements will be granted absent exigent circumstances.

WILLIAM W. CALDWELL
United States District Judge