IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK, : NO.: 01-CV-0764
    Plaintiff :
     : (Judge William W. Caldwell)
vs. :
     :
MARTIN HORN, et. al., : JURY TRIAL DEMANDED
    Defendants

FILED
HARRISBURG, PA
JAN 23 2003
MARY E. D'ANDREA, CLERK
Per _____

## PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff, William Clark, pro se, respectfully requests this Honorable Court grant him an enlargement of time until February, 24, 2003, to file his Opposition to Corrections Defendants' Motion for Summary Judgement. The following averments are made in support of this Motion:

Parties and Nature of Action:

1) Plaintiff William Clark is an inmate currently incarcerated at the State Correctional Institution at Rockview.

2) Plaintiff names the following Department of Corrections employees as Defendants ("Corrections Defendants"): (1) former Secretary of the Department, Martin Horn; (2) SCI-Rockview Superintendent, Robert W. Meyers; and (3) former SCI Rockview Corrections Health Care Administrator, Larry Lidgett.

3) Additionally, Plaintiff names as Defendants the contracted medical provider at SCI-Rockview:(1) Wexford Health Sources, Inc.; and (2) Wexford Medical Director, Dr. John Symons ("Wexford Defendants"), by and through their attorney, James D. Young, Esq.

4) This is a 42 U.S.C. § 1983 action alleging deliberate indifference to the treatment of Plaintiff's Hepatitis C condition. See Complaint, ¶¶8-58.

Relevant Procedural History:

For economy, please refer to Enlargement of Time dated January 10, 2003.

Request for an Enlargement of Time:

Due to time and resource constraints, please refer to Enlargement of Time dated January 10, 2003.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully requests this Honorable Court grant him an enlargement of time until Monday, February 24, 2003, to file his Opposition to Correction Defendants Motion for Summary Judgement

Respectfully Submitted,

*William Clark* (signature)

William Clark
Box A    AY-5585
Bellefonte, Pa. 16823

DATE MAILED: January 17, 2003

CERTIFICATE OF SERVICE

    Plaintiff, William Clark, pro se, hereby certifies that his Motion for Enlargement of Time was served upon the persons listed below, by first-class mail, postage prepaid, addressed as follows:

| | |
|---|---|
| John J. Talaber, Esq.<br>Pa. Dept. of Corrections<br>55 Utley Drive<br>Camp Hill, Pa. 17011 | James D. Young, Esq.<br>301 Market St., Suite 800<br>P.O. Box 1245<br>Harrisburg, Pa. 17108-1245 |

DATE MAILED: January 17, 2003

_William Clark_
William Clark