IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK, :
:
    Plaintiff :
:
vs. : CIVIL NO. 1:CV-01-0764
:
: (Judge Caldwell)
MARTIN HORN, et al., :
:
    Defendants :

O R D E R

AND NOW, this 5th day of February, 2003, it is ORDERED that, upon consideration of Plaintiff's Motion for Enlargement of Time (doc. 108), the motion is GRANTED. Clark shall file his Brief in Opposition to the Corrections Defendants' Motion for Summary Judgment on or before February 28, 2003. No further enlargements will be granted absent exigent circumstances.

          /s/ William W. Caldwell
          WILLIAM W. CALDWELL
          United States District Judge

FILED
HARRISBURG, PA

FEB 5 2003

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk