IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,
    Plaintiff

NO: 1:CV-01-0764

vs.

(JUDGE CALDWELL)

MARTIN HORN, ET AL,
    Defendants

JURY TRIAL DEMANDED

110

FILED
HARRISBURG, PA
FEB 24 2003
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

Request To Extend The Time Of
Plaintiff's Motion In Opposition To
Wexford Defendants Summary Judgement/
Plaintiff's Summary Judgement
NUNC PRO TUNC

    Now comes Plaintiff, William Clark, Pro Se, and hereby in support of the above-captioned matter, represents the following:

    Plaintiff respectfully requests this honorable Court, in light of the recent events, consider the following: Plaintiff is suffering from a bad cold and flu, fatigue, recent swelling of the legs and feet, and, due to Plaintiff's release from incarceration on March 10, 2003, he has had to attend a new mandatory program aimed at preparing inmates for their release. The program ran from 5:30 A.M. to 3:30 P.M. every day for the last two (2) weeks, ending on Friday, February 14, 2003. Plaintiff also has had numerous pressing matters to attend to before his release. For the reasons above, Plaintiff requests this honorable Court consider the setbacks and resulting time constraints suffered recently and refer to pertinent information from accompanying "Motion, Brief and Statement of Material Facts" captioned above.

    WHEREFORE, for the reasons set forth herein, Plaintiff begs this honorable Court forgive his recent inaction and delays of his duty to this Court, grant his "Request To Extend The Time", and earnestly appeals to this honorable Court to accept his "Motion In Opposition To Wexford Defendants Summary Judgement/and Plaintiff's Summary Judgement.

Respectfully Submitted,

Date Mailed: February 21, 2003

William Clark, Pro Se

## CERTIFICATE OF SERVICE

Plaintiff, William Clark, Pro SE, hereby certifies that the "Captioned" matter, "Plaintiff's Request To Extend The Time Of Motion In Opposition To Wexford Defendants' Summary Judgment/- And Plaintiff's Summary Judgment", And "Brief in Support Thereof", was served upon the persons listed below, by first - class U.S. mail, postage prepaid, addressed as follows:

John J. Talaber, Esq.
Office Of Chief Counsel
PA. DEPT. OF CORRECTIONS
55 Utley Drive
Camp Hill, Pa. 17011

James D. Young, Esq.
301 Market Street Suite 800
P.O. Box 1245
Harrisburg, Pa. 17108-1245

Date Mailed: FEBRUARY 21, 2003

William Clark, Pro Se