ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,
    PLAINTIFF

VS.

MARTIN HORN, et al.,
    DEFENDANTS

FILED
HARRISBURG, PA
MAR 07 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

No: 1:01-CV-0764

(JUDGE CALDWELL)

JURY TRIAL DEMANDED

## Plaintiff's Notice of Change of Address

Now comes Plaintiff, William Clark, Pro Se, and respectfully submits to this Honorable Court Notice of Release from Incarceration at S.C.I. Rockview. Plaintiff must complete a treatment program and will reside at: c/o Luzerne Treatment Center, 600 E. Luzerne St., Phila., PA. 19124, as of March 10, 2003.

Wherefore, Plaintiff requests this Honorable Court file and transmit confirmation of Notice of Change of Address to him.

Date Mailed: March , 2003

Respectfully Submitted,

William Clark
William Clark
Box A  AY-5585
Bellefonte, PA. 16823

## CERTIFICATE OF SERVICE

I, WILLIAM CLARK, PLAINTIFF IN THE FOREGOING MATTER, HEREBY CERTIFY THAT NOTICE OF CHANGE OF ADDRESS WAS MAILED ON MARCH  , 2003 BY U.S. FIRST CLASS MAIL, POSTAGE PREPAID TO:

JOHN J. TALABER, ESQ.
OFFICE OF CHIEF COUNSEL
PA. DEPT. OF CORRECTIONS
55 UTLEY DR.
CAMPHILL, PA. 17011

JAMES D. YOUNG, ESQ.
301 MARKET ST., SUITE 800
P.O. BOX 1245
HARRISBURG, PA. 17108

_William Clark_
WILLIAM CLARK, PRO SE

DATE MAILED: MARCH  , 2003

NAME: WILLIAMS CLARK
NUMBER: AY-5585
BOX A
BELLEFONTE, PA. 16823-0820

INMATE M.
PA DEPT OF
CORRECTIONS

FILED
HARRISBURG, PA
MAR 07 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
228 WALNUT ST.
P.O. BOX 983
HARRISBURG, PA. 17108

17108+0983