IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CLARK, | : | NO.: 1:CV01-0764 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | (JUDGE CALDWELL) |
| MARTIN HORN, Secretary, | : | |
| Pennsylvania Department of | : | |
| Corrections, et al., | : | JURY TRIAL DEMANDED |
| Defendants | : | |

### O R D E R

AND NOW, this _____ day of March, 2003, upon consideration of the Wexford Defendants' Motion for Enlargement of Time to File a Brief, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and the Wexford Defendants shall file their Brief in Opposition to Plaintiff's Motion for Summary Judgment on or before Friday, March 14, 2003.

BY THE COURT:

_____
William W. Caldwell
United States District Judge