IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLARK, | : |
| Plaintiff, | : |
| | : Civil Action No. 01-CV-0764 |
| v. | : |
| | : (Judge William W. Caldwell) |
| LARRY LIDGETT, et. al., | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

## ORDER

**AND NOW** this _____ day of _____ 2003, upon consideration of the Correction Defendants' Motion for an Enlargement of Time Nunc Pro Tunc to file their Brief in Opposition to Plaintiff's Motion for Summary Judgment, and to respond to his Statement of Material Facts, it is hereby **ORDERED** that said motion is **GRANTED.** The Correction Defendants' Brief in Opposition to Plaintiff's Motion for Summary Judgment, and their response to Plaintiff's Statement of Material Facts, shall be filed and served on or before April 30, 2003.

                                                                              Judge William W. Caldwell