```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

WILLIAM CLARK, :
:
    Plaintiff :
: CIVIL NO. 1:CV-01-0764
    vs. :
: (Judge Caldwell)
MARTIN HORN, et al., :
:
    Defendants :


O R D E R


AND NOW, this 21st day of March, 2003, it is ordered that the Corrections defendants Motion for Enlargement of Time to file A Brief in Opposition to Plaintiff's Request for Summary Judgement (doc. 117), is GRANTED. The Corrections Defendants may file their brief in opposition to Clark's Motion for Summary Judgment and Counterstatement of Material Facts on or before April 30, 2003. Clark may file his Reply Brief on or before May 14, 2003.


                                               s/ William W. Caldwell
                                               William W. Caldwell
                                               United States District Judge