```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

WILLIAM CLARK,                     :
                                   :
    Plaintiff                     :
                                   :   CIVIL NO. 1:CV-01-0764
    vs.                           :
                                   :   (Judge Caldwell)
MARTIN HORN, et al.,               :
                                   :
    Defendants                    :

O R D E R

AND NOW, this 21st day of March, 2003, it is ordered that Defendants, Wexford Health Sources, Inc., and John Symons, M.D.'s, Motion for Enlargement of Time to file A Brief in Opposition to Plaintiff's Request for Summary Judgment (doc. 114), is denied as MOOT.  The Wexford defendants' Opposition to Plaintiff's Motion for Summary Judgment and Counterstatement of Material Facts (docs. 115 and 116), filed March 14, 2003, will be accepted as timely filed. Plaintiff Clark may file a reply brief in support of his motion for summary judgment on or before March 28, 2003.

                                             s/ William W. Caldwell
                                             William W. Caldwell
                                             United States District Judge