# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK,                              )
                                            )
          Plaintiff,                    )    Civil Action No. 1:01-CV-0764
                                            )
MARTIN HORN, Secretary, Pennsylvania        )    (JUDGE WILLIAM W. CALDWELL)
Department of Corrections; ROBERT MEYERS,    )
Superintendent, State Correctional Institution at   )
Rockview; WEXFORD HEALTH SOURCES, INC.,      )
Health Care Provider at the State Correctional   )
Institution at Rockview; JOHN SYMONS, M.D.,   )
Medical Director, State Correctional Institution at   )
Rockview; LARRY LIDGETT, Health Care         )
Administrator, State Correctional Institution at   )
Rockview,                                   )
                                            )
          Defendants.                   )

**FILED**
HARRISBURG, PA

JUN 2 3 2003

MARY E. D'ANDREA, CLERK
Per _____

## APPEARANCE

To the Clerk of this Court and all parties of record:

    KINDLY ENTER the appearance of PAULA A. KOCZAN, ESQUIRE, SAMUEL H. FOREMAN, ESQUIRE, and the law firm of WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP, on behalf of WEXFORD HEALTH SOURCES, INC. and JOHN SYMONS, M.D.

Respectfully submitted,

Date: _06 - 18 - 2003_

_____
Samuel H. Foreman, Esquire
Pa. I.D. #77096

Paula A. Koczan, Esquire
Pa. I.D. #46932

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP
Suite 1450
Two Gateway Center
603 Stanwix Street
Pittsburgh, PA 15222

(412) 281-4541
(412) 281-4547 FAX

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Appearance was served via

United States mail, first class, postage prepaid, this _18_ day of _June_ , 2003,

addressed as follows:

William Clark, Pro se, AY-5585
Luzerne Treatment Center
SCI at Rockview
600 Luzerne Street
Philadelphia, PA 19124

John J. Talaber, Esquire
Office of Chief Counsel
Pennsylvania Department of Corrections
55 Utley Drive
Camp Hill, PA 17011

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP

Samuel H. Foreman, Esquire
Paula A. Koczan, Esquire

3