# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CLARK, | : | NO.: 1:CV01-0764 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | (JUDGE CALDWELL) |
| MARTIN HORN, Secretary, | : | |
| Pennsylvania Department of | : | |
| Corrections, et al., | : | JURY TRIAL DEMANDED |
| Defendants | : | |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF COURT:**

Please withdraw my appearance on behalf of Defendants, Wexford Health Sources, Inc. and John Symons, M.D., in the above-captioned matter.

Respectfully submitted,

Lavery, Faherty, Young & Patterson, P.C.

By:   S/ James D. Young
       James D. Young, Esquire
       Atty No. 53904
       225 Market St., Suite 304
       P.O. Box 1245
DATE: June 26, 2003       Harrisburg, PA 17108-1245

## CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 26th day of June, 2003, I served a true and correct copy of the foregoing **Withdrawal of Appearance**, addressed as follows:

*via U.S. First Class mail, postage prepaid;*

William Clark
Luzerne Treatment Center
600 E. Luzerne Street
Philadelphia, PA  19124

Paula A. Koczan, Esquire
Weber, Gallagher, Simpson, Stapleton
    Fires & Newby, LLP
2 Gateway Center, Suite 1450
603 Stanwix Street
Pittsburgh, PA  15222

*via electronic filing:*

John Talaber, Esquire
Office of Chief Counsel
PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011

S/ Linda L. Gustin
Linda L. Gustin

This document has also been electronically filed and is available for viewing and downloading from the ECF system.