U.S. DISTRICT COURT
MIDDLE DISTRICT OF PA.
228 WALNUT ST.
BOX 983
HARRISBURG, PA. 17108

WILLIAM M. CLARK
1221 BAINBRIDGE ST.
PHILADELPHIA, PA. 19147

FILED
HARRISBURG, PA

JUL 11 2003

MARY E. D'ANDREA
Per _____
        Deputy Clerk

## RE: CHANGE OF ADDRESS
CIVIL ACTION NO. 1:01-CV-0764

TO THE CLERK OF COURTS,

PLAINTIFF, WILLIAM CLARK, SUBMITS TO

THIS COURT A CHANGE OF ADDRESS FROM

600 E. LUZERNE ST., TO THE ABOVE-CAPTIONED

ADDRESS.

RESPECTFULLY SUBMITTED,

WILLIAM CLARK, PRO SE

DATE MAILED: JULY 8, 2003





U.S. POSTA[GE]

SEP 1 [...] 37

FILED
HARRISBURG

JUL 11 2003

MARY E. D'ANDREA, Clerk
Per _____ Deputy Clerk

PHILADELPHIA, PA 191
PM
07
7 JUL
2003

CLERK OF COURTS
U.S. DISTRICT COURT
MIDDLE DISTRICT OF PA.
228 WALNUT ST.
BOX 983
HARRISBURG, PA. 17108

17108+3901

WILLIAM CLARK
1221 BAINBRIDGE ST.
PHILA., PA. 19147