```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

```
WILLIAM CLARK,                  :
                                :
    Plaintiff                   :
                                :   CIVIL NO. 1:CV-01-0764
    vs.                         :
                                :   (Judge Caldwell)
MARTIN HORN, et al.,            :
                                :
    Defendants                  :
```

*O R D E R*

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On June 9, 2003, the court conditionally granted Clark's Motion for Appointment of Counsel. To date, the court has been unable to obtain counsel willing to undertake representation of Clark. The basis for the June 9, 2003, order was our understanding that Clark was an incarcerated litigant, which would affect his ability to obtain counsel and otherwise proceed with his case. The court has determined that in March of this year Clark went to a half-way house, and in July was released from confinement. Given our inability to secure counsel for plaintiff and the fact that he has now had several months to secure counsel, the court will revoke its prior order of June 9, 2003. Clark now stands in the shoes of any other unincarcerated pro se litigant, and outstanding motions, that have been pending since March 13, 2003, will be considered.

AND NOW, this 5th day of September, 2003, it is ordered that:

1. The order of June 9, 2003, (doc. 122) is revoked.

2. Plaintiff's Motion for Appointment of Counsel (doc. 74) is denied, without prejudice.

        /s/William W. Caldwell
William W. Caldwell
United States District Judge