AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

William Clark,
    Plaintiff

**FILED**
SEP 29 2003
MARY E. D'ANDREA, CLERK
PER_____ HBG, PA DEPUTY CLERK

v.   CASE NUMBER: 1:CV-01-0764

Martin Horn, of the Pennsylvania Department of
Corrections; Robert W. Meyers, SCI-Rockview;
Wexford Health Sources, Health Care Provider
at SCI-Rockview; John Symons, Medical Director
SCI-Rockview; and Larry Lidgett, SCI-Rockview,
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** AND ADJUDGED THAT SUMMARY JUDGMENT be and is hereby entered in favor of defendants, Martin Horn, of the Pennsylvania Department of Corrections, Robert W. Meyers, SCI-Rockview, Wexford Health Sources, Health Care Provider at SCI-Rockview, John Symons, Medical Director SCI-Rockview and Larry Lidgett, SCI-Rockview and against the plaintiff, William Clark.

Date: September 29, 2003   Mary E. D'Andrea, Clerk of Court

                                (By) Ann Severino-Michael, Deputy Clerk