AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

__Middle__ DISTRICT OF __Pennsylvania__

William Clark, Plaintiff

v.

Martin Horn, et al., Defendants

**BILL OF COSTS**
Case Number: 1:CV-01-0764

Judgment having been entered in the above entitled action on __September 29, 2003__ against __Plaintiff__,
DATE

The Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ _____ |
| Fees for service of summons and subpoena | $ _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 303.61 |
| Fees and disbursements for printing | $ _____ |
| Fess for witnesses (itemize on reverse side) | $ _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ _____ |
| Docket Fees under 28 U.S.C. 1923 | $ _____ |
| Costs as shown on Mandate of Court of Appeals | $ _____ |
| Compensation of court-appointed experts | $ _____ |
| Other Costs (Please Itemize) | $ _____ |
| **TOTAL** | **$ 303.61** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Mr. William Clark, 1221 Bainbridge Street, Philadelphia, PA 19147          .

Signature of Attorney: _[signature]_

Name of Attorney: __John J. Talaber, Assistant Counsel, Pa. DOC, Office of Chief Counsel, 55 Utley Drive, Camp Hill PA, 17011__

For: Pennsylvania Department of Corrections    Date: __October 27, 2003__
    Indemnifying Defendants Martin Horn, Robert W. Meyers, and Larry Lidgett
Costs are taxed in the amount of _____ and included in the judgement.

_____ By: _____

| Clerk of Court | | | Deputy Clerk | | | | Date | |
|---|---|---|---|---|---|---|---|---|
| **WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | | |
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness | |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | | |
| | | | | | | | | |
| | | | | | | **TOTAL** | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1923. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in this case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except where express provision therefore is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."
Rule 6 (e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."
Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLARK, | : |
| Plaintiff, | : Civil Action No. 1:CV-01-0764 |
| v. | : (Judge William W. Caldwell) |
| MARTIN HORN, et. al., | : |
| Defendants. | : |

### ATTORNEY'S VERIFICATION

I, John J. Talaber, Assistant Counsel, Pennsylvania Department of Corrections, Office of Chief Counsel, being duly authorized according to law, do hereby verify that Defendants Martin Horn, Robert W. Meyers, and Larry Lidgett, who the undersigned attorney represented in this litigation, received summary judgment in the above-captioned action on September 29, 2003 (Exhibit A). Further, the undersigned hereby verifies that the Commonwealth of Pennsylvania, Department of Corrections indemnified the above-named Defendants in this civil rights action, and in their defense, paid *Geiger & Loria Reporting Services* three hundred and three dollars and sixty-one cents ($303.61) for the costs of the deposition transcript of Plaintiff William Clark that was used to support the Defendants' motion for summary judgment (Exhibit B). I further verify that the attached copies supporting this *Bill of Costs* are true and correct to the best of my knowledge, information and belief.

2

I give this verification subject to the penalty for perjury set forth at 18 U.S.C. §1621.

*John J. Talaber*
Assistant Counsel

Date:  October 27, 2003

**EXHIBIT A**

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

FILED SEP 29 2003
MARY E. D'ANDREA, CLERK
PER _____ HBG, PA DEPUTY CLERK

William Clark,
    Plaintiff

v.  CASE NUMBER: 1:CV-01-0764

Martin Horn, of the Pennsylvania Department of Corrections; Robert W. Meyers, SCI-Rockview; Wexford Health Sources, Health Care Provider at SCI-Rockview; John Symons, Medical Director SCI-Rockview; and Larry Lidgett, SCI-Rockview,
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** AND ADJUDGED THAT SUMMARY JUDGMENT be and is hereby entered in favor of defendants, Martin Horn, of the Pennsylvania Department of Corrections, Robert W. Meyers, SCI-Rockview, Wexford Health Sources, Health Care Provider at SCI-Rockview, John Symons, Medical Director SCI-Rockview and Larry Lidgett, SCI-Rockview and against the plaintiff, William Clark.

Date: September 29, 2003

Mary E. D'Andrea, Clerk of Court

(By) Ann Severino-Michael, Deputy Clerk

EXHIBIT B

12/16/02  13:12 FAX 7310492    CHIEF COUNSEL
GEIGER & LORIA    7175411508    12/22/02 02:44pm

**Geiger & Loria Reporting Service**
2408 Park Drive, Suite B
Harrisburg, PA 17110
Phone #: (717)541-1508  Fax #: 717-541-1509

*PAY THIS STATEMENT BY 12/31/02 AND DEDUCT 5% FROM BALANCE DUE*

## STATEMENT OF PROFESSIONAL SERVICES

As Of: December 9, 2002    DOC# 4500024159

Vendor 153599    731-0444

Account No.: 2,393    Fax No.: (000)000-0000    975-2217
Name: DEB WYDRA
DEPARTMENT OF CORRECTIONS
OFFICE OF CHIEF COUNSEL
55 UTLEY DRIVE
CAMP HILL, PENNSYLVANIA 17011

*Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.*

| Invoice # | Date | Case Name | Current | 30 | 60 | 90 |
|---|---|---|---|---|---|---|
| 8 403 | 10/03/2002 | CLARK VS HORN, ET AL | 0.00 | 0.00 | 303.61 | 0.00 |
| | | Total | 0.00 | 0.00 | 303.61 | 0.00 |

Atty Jolobe
SCI-Rockview

PARTIAL _____ FINAL _____
SIGNATURE Pamela Davis

7300 - 6343117 - 100/302000 - 1117312112 - 1117312000

JAN 2 3 2003 RECEIVED

*Please remit payment to:*
Geiger & Loria Reporting Service
2408 Park Drive
Suite B
Harrisburg, PA 17110

Method of Payment:
Visa _____ MasterCard _____ American Express _____ Check Enclosed _____
Credit Card # _____
Expiration Date _____
Authorized Signature _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLARK, | : |
| Plaintiff, | : |
| | : Civil No. 1:01-CV-0764 |
| v. | : (Judge William W. Caldwell) |
| MARTIN HORN, et al., | : |
| Defendants. | : |

**PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the Corrections Defendants'

Bill of Costs was served upon the person(s) in the manner indicated below.

Service by first-class,
certified mail, return
receipt requested
<u>addressed as follows:</u>

Mr. William Clark
1221 Bainbridge Street
Philadelphia, PA 19147
*Pro Se*

<u>Electronic Case Filing:</u>
Paula A. Koczan, Esquire
Samuel H. Foreman, Esquire
*Representing Wexford Health Sources
& Dr. John Symons*

John J. Talaber
Assistant Counsel

PA Department of Corrections
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated:   October 27, 2003