

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport:  (570) 323-6380

MARY E. D'ANDREA
Clerk of Court

October 30, 2003

William Clark
John J. Talaber, Esq.
Paula A. Koczan, Esq.
Samuel H. Foreman, Esq.

    Re:    <u>Clark vs. Horn, et. al.</u>
            Case: 1:01-cv-0764 (Judge Caldwell)

Dear Counsel & Pro Se Plaintiff:

    This letter is to advise you that objections to the defendant's bill of costs may be filed with the Clerk of Court on or before November 7, 2003.

    Absent objections by that time, costs will be taxed as soon as practical in accordance with 28 U.S.C. § 1920 and the Local Rules of Court.

                        Very truly yours,

                        MARY E. D'ANDREA, CLERK


                        By  s/Roseanne Pucilowski,
                            Deputy Clerk