```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
                                    :
WILLIAM CLARK                       :
                                    :
          Plaintiff                 :   CIVIL NO. 1:01-CV-764
                                    :   (Judge Caldwell)
     v.                             :
                                    :
MARTIN HORN, ET AL                  :
                                    :
          Defendants                :
```

### CLERK'S TAXATION OF COSTS
August 17, 2004

Pending for taxation is the defendants' unopposed bill of costs in the amount of $303.61 for fees of the court reporter. Defendants' counsel has filed the verification required by 28 U.S.C. § 1924.

When a bill of costs is properly verified, "the burden is on the opposing party to establish that a claim is incorrectly stated, unnecessary or unreasonable." LR 54.4(10). As the items claimed are taxable, and as no objections have been filed, **IT HEREBY IS ORDERED THAT** costs be taxed against the plaintiff and in favor of defendants in the amount of $303.61.

Any party may appeal this decision to the court by filing and serving written specifications of the items objected to and the grounds of objections within five days. LR 54.3.

                                        **s/Mary E. D'Andrea**
                                        MARY E. D'ANDREA, Clerk