IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|                       |   |                      |
|-----------------------|---|----------------------|
| WILLIAM CLARK         | : |                      |
|                       | : |                      |
|     Plaintiff | : | CIVIL NO. 1:01-CV-764 |
|                       | : | (Judge Caldwell)     |
|   v.        | : |                      |
|                       | : |                      |
| MARTIN HORN, ET AL    | : |                      |
|                       | : |                      |
|     Defendants | : |          |

## JUDGMENT

Pursuant to the court's judgment entered <u>September 30, 2003</u> and Federal Rule of Civil Procedure 54(d)(1), costs are hereby taxed against the <u>plaintiff William Clark</u> and in favor of <u>defendants Martin Horn, et al</u> in the amount of <u>$303.61</u>.


ATTEST:


**s/Mary D'Andrea**
MARY E. D'ANDREA, Clerk

DATE: August 17, 2004