Case No: 1:01-cv-00764-WWC-PT   Document No: 133, User: gn, 1 Copy Printed: Aug, 18, 2004 05:00 PM

William . Clark
AY-5585
1221 Bainbridge Street
Philadelphia, PA 19147

