Case No: 1:01-cv-00764-WWC-PT   Document No: 132, User: gn, 1 Copy Printed: Aug, 18, 2004 05:00 PM

William . Clark
AY-5585
1221 Bainbridge Street
Philadelphia, PA 19147

**FILED
SCRANTON**

AUG 30 2004

PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM CLARK

    Plaintiff : CIVIL NO. 1:01-CV-764
: (Judge Caldwell)
v.

MARTIN HORN, ET AL

    Defendants

### CLERK'S TAXATION OF COSTS
August 17, 2004

Pending for taxation is the defendants' unopposed bill of costs in the amount of $303.61 for fees of the court reporter. Defendants' counsel has filed the verification required by 28 U.S.C. § 1924.

When a bill of costs is properly verified,"the burden is on the opposing party to establish that a claim is incorrectly stated, unnecessary or unreasonable." LR 54.4(10). As the items claimed are taxable, and as no objections have been filed, **IT HEREBY IS ORDERED THAT** costs be taxed against the plaintiff and in favor of defendants in the amount of $303.61.

Any party may appeal this decision to the court by filing and serving written specifications of the items objected to and the grounds of objections within five days. LR 54.3.

                                                **s/Mary E. D'Andrea**
                                                MARY E. D'ANDREA, Clerk